Exhibit 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,482,475**

**Registered Feb. 11, 2014**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, ENGINES THEREFOR AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 9-19-2013; IN COMMERCE 9-19-2013.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,232,346, 3,739,088, AND OTHERS.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THEIR BASES, ONE CONTAINING A CHECKED FLAG DESIGN, THE OTHER CONTAINING A FLEUR DE LIS AND A BOWTIE DESIGN.

SN 85-844,536, FILED 2-8-2013.

CHRISTOPHER LAW, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,719,036**

**Registered Apr. 14, 2015**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 6**

FOR: NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

**TRADEMARK**

FIRST USE 5-13-2013; IN COMMERCE 5-13-2013.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A "V"SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-203,433, FILED 2-25-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,601,524**

**Registered Sep. 9, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: LAPEL PINS, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-18-2013; IN COMMERCE 1-18-2013.

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A V-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,289, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,719,043**
**Registered Apr. 14, 2015**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 18**

FOR: DUFFEL BAGS, LEATHER CREDIT CARD CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**

FIRST USE 12-4-2012; IN COMMERCE 12-4-2012.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A "V"-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND A FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,319, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,601,525**
**Registered Sep. 9, 2014**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: POSTERS, PENS, CALENDARS, BLANK JOURNAL BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**TRADEMARK**

FIRST USE 1-10-2013; IN COMMERCE 1-10-2013.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A V-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND A FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,326, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,601,526**

**Registered Sep. 9, 2014**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MUGS, TRAVEL MUGS, DRINKING GLASSES, WATER BOTTLES SOLD EMPTY, PORTABLE BEVERAGE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-13-2012; IN COMMERCE 11-13-2012.

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A V-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND A FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,337, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,601,527**
**Registered Sep. 9, 2014**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 25**

FOR: SHIRTS, HATS, JACKETS, COATS, PULLOVERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 10-19-2012; IN COMMERCE 10-19-2012.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A V-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND A FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,353, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,597,263**
**Registered Sep. 2, 2014**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 28**

FOR: TOY VEHICLES, RIDE-ON TOY VEHICLES, REMOTE CONTROLLED TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**

FIRST USE 5-9-2013; IN COMMERCE 5-9-2013.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 3,739,096, 3,739,098 AND OTHERS.

THE MARK CONSISTS OF A V-SHAPED WINGS DESIGN WHICH CONTAINS A CHECKERED FLAG DESIGN ON THE LEFT WING AND A BOWTIE DESIGN AND A FLEUR DE LIS DESIGN ON THE RIGHT WING.

SER. NO. 86-204,593, FILED 2-26-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cls.: 22 and 50

**United States Patent and Trademark Office**

Reg. No. 1,491,293
Registered June 7, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY, TOY VEHICLES, TOY CARS, TOY MODEL HOBBYCRAFT KITS, BATTERY-OPERATED REMOTE AND RADIO-CONTROLLED TOY VEHICLES; AND FRICTION POWERED TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 9–10–1984; IN COMMERCE 9–10–1984.

SER. NO. 688,134, FILED 10–5–1987.

KATHRYN DOBBS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**  Reg. No. 1,494,172
Registered June 28, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: JEWELRY; NAMELY QUARTZ
WATCHES AND GOLD RINGS, IN CLASS 14
(U.S. CLS. 27 AND 28).

FIRST USE 7–27–1987; IN COMMERCE
7–27–1987.

SER. NO. 697,952, FILED 11–27–1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,311,917**

**United States Patent and Trademark Office** Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1996; IN COMMERCE 4-0-1996.
OWNER OF U.S. REG. NOS. 1,491,293, 2,017,536 AND OTHERS.

SER. NO. 75-650,021, FILED 3-1-1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,545,133
Registered Mar. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: ALMANACS, AUTOMOTIVE BOOKS, BAGS FOR MERCHANDISE, BANK CHECKS, BUMPER STICKERS, BUSINESS CARD HOLDERS, BUSINESS CARDS, CALENDARS, CHECKBOOK COVERS, CHILDREN'S ACTIVITY BOOKS, COOKBOOKS, DECALS, DESK TOP HOLDERS, GIFT WRAPPING PAPER, GREETING CARDS, LETTER OPENERS, MARKERS, NOTE PAD HOLDERS, NOTE PADS, PAPER BANNERS, PAPER COASTERS, PAPER FLAGS, PAPER LUGGAGE TAGS, PAPER NAP-KINS, PAPERWEIGHTS, PEN AND PENCIL HOLD-ERS, PENCILS, PENS, PHOTO ALBUMS, PICTURES, PLAYING CARDS, POCKET SECRETARIES, POST-CARDS, POSTERS, PRINTED LABELS, REPRODUC-TION LITHOGRAPHIC PRINTS, STATIONERY FOLDERS, TRADING AND COLLECTOR CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-15-1991; IN COMMERCE 8-15-1991.

SER. NO. 78-075,531, FILED 7-25-2001.

JENNIFER MARTIN, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,578,899**

## United States Patent and Trademark Office

Registered June 11, 2002

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: APRONS, BOOTS, GLOVES, HEADBANDS, MOCCASINS, OVERALLS, RAINWEAR, ROBES, SCARVES, SHOES, SLEEPWEAR, SLIPPERS, SOCKS, SUNVISORS, SWEATERS, AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1986; IN COMMERCE 9-1-1986.

SER. NO. 78-086,836, FILED 10-4-2001.

SHARON MEIER, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,666,595

United States Patent and Trademark Office

Registered Dec. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF BONE, IVORY, PLASTER, PLAS-TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-ME-TAL LICENSE PLATES, MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PIL-LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-RAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

SER. NO. 78-086,838, FILED 10-4-2001.

SHARON MEIER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

United States Patent and Trademark Office

Reg. No. 1,506,101
Registered Sep. 27, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
   WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

   FOR: TOYS AND PLAYTHINGS; NAMELY,
TOY VEHICLES, TOY CARS, BATTERY-OPER-
ATED REMOTE AND RADIO-CONTROLLED
TOY VEHICLES, FRICTION-POWERED TOY
VEHICLES, AND TOY MODEL HOBBYCRAFT
KITS, IN CLASS 28 (U.S. CL. 22).

   FIRST USE 6–25–1987; IN COMMERCE
6–25–1987.
   OWNER OF U.S. REG. NOS. 95,398, 647,236
AND OTHERS.
   THE LINING SHOWN IN THE MARK IS A
FEATURE OF THE MARK.

   SER. NO. 707,405, FILED 1–25–1988.

JOHN P. RYNKIEWICZ, EXAMINING ATTOR-
   NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,346,738

Registered May 2, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3–0–1996; IN COMMERCE 3–0–1996.

OWNER OF U.S. REG. NOS. 95,990, 1,540,884 AND OTHERS.

THE LINING IS FOR SHADING PURPOSES AND DOES NOT INDICATE COLOR.

SER. NO. 75–591,369, FILED 11–18–1998.

GIANCARLO CASTRO, EXAMINING ATTORNEY

**Int. Cl.: 6**

**Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,650,649**

Registered July 7, 2009

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: METAL HOLIDAY ORNAMENTS; SCULP-TURES MADE OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

OWNER OF U.S. REG. NOS. 2,911,818 AND 3,286,867.

THE MARK CONSISTS OF A STYLIZED REPRE-SENTATION OF A SKULL IN WHICH THE EYES AND NOSE RESEMBLE CROSSED RACING FLAGS.

SER. NO. 77-635,595, FILED 12-18-2008.

ESTHER BELENKER, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,650,651

Registered July 7, 2009

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: POSTERS, DECALS, PRESSURE SENSITIVE
GRAPHICS FOR APPLICATION TO AUTOMO-
BILES, DESKTOP BUSINESS CARD HOLDERS, IN
CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-19-2007; IN COMMERCE 2-19-2007.

OWNER OF U.S. REG. NOS. 2,911,818 AND
3,286,867.

THE MARK CONSISTS OF A STYLIZED REPRE-
SENTATION OF A SKULL IN WHICH THE EYES
AND NOSE RESEMBLE CROSSED RACING FLAGS.

SER. NO. 77-635,620, FILED 12-18-2008.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 3,650,654
Registered July 7, 2009

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: BEVERAGE GLASSWARE, IN CLASS 21
(U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-9-2007; IN COMMERCE 1-9-2007.

OWNER OF U.S. REG. NOS. 2,911,818 AND
3,286,867.

THE MARK CONSISTS OF A STYLIZED REPRE-
SENTATION OF A SKULL IN WHICH THE EYES
AND NOSE RESEMBLE CROSSED RACING FLAGS.

SER. NO. 77-635,636, FILED 12-18-2008.

ESTHER BELENKER, EXAMINING ATTORNEY

**Int. Cl.: 22**

**Prior U.S. Cls.: 1, 2, 7, 19, 22, 42 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,650,657**

Registered July 7, 2009

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: LANYARDS FOR HOLDING BADGES AND
PASSES, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND
50).

FIRST USE 4-21-2008; IN COMMERCE 4-21-2008.

OWNER OF U.S. REG. NOS. 2,911,818 AND
3,286,867.

THE MARK CONSISTS OF A STYLIZED REPRE-
SENTATION OF A SKULL IN WHICH THE EYES
AND NOSE RESEMBLE CROSSED RACING FLAGS.

SER. NO. 77-635,650, FILED 12-18-2008.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,700,379

Registered Mar. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNAMENTS, NAMELY ORNAMENTS MADE OF PLASTIC OR WOOD, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

THE STIPPLING IS A FEATURE OF THE MARK.

SER. NO. 78-091,738, FILED 11-5-2001.

REBECCA SMITH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,514,976**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER

**Registered Apr. 15, 2014**   DETROIT, MI 482653000

**Int. Cl.: 12**   FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**   FIRST USE 9-19-2013; IN COMMERCE 9-19-2013.

**PRINCIPAL REGISTER**   THE MARK CONSISTS OF THE DEPICTION OF A STINGRAY.

SN 85-334,706, FILED 6-1-2011.

INGRID C. EULIN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,601,531**

**Registered Sep. 9, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: LAPEL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-22-2013; IN COMMERCE 1-22-2013.

OWNER OF U.S. REG. NO. 4,514,976.

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-207,033, FILED 2-28-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,597,272**

**Registered Sep. 2, 2014**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MUGS, TRAVEL MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-11-2013; IN COMMERCE 2-11-2013.

OWNER OF U.S. REG. NO. 4,514,976.

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-207,109, FILED 2-28-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,597,273**

**Registered Sep. 2, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-21-2013; IN COMMERCE 1-21-2013.

OWNER OF U.S. REG. NO. 4,514,976.

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-207,127, FILED 2-28-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,597,275**
**Registered Sep. 2, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: TOY VEHICLES, RIDE-ON TOY VEHICLES, REMOTE CONTROLLED TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-9-2013; IN COMMERCE 5-9-2013.

OWNER OF U.S. REG. NO. 4,514,976.

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-207,192, FILED 2-28-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,597,292
Registered Sep. 2, 2014

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

Int. Cl.: 6

FOR: NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

TRADEMARK

FIRST USE 4-20-2013; IN COMMERCE 4-20-2013.

PRINCIPAL REGISTER

OWNER OF U.S. REG. NO. 4,514,976.

THE MARK CONSISTS OF THE DESIGN OF A STINGRAY FISH.

SER. NO. 86-217,499, FILED 3-11-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Michelle K. Lee

Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,004,543**

**Registered Jul. 19, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MI 482653000

CLASS 12: Motor land vehicles, namely, automobiles

FIRST USE 10-25-2015; IN COMMERCE 10-25-2015

The mark consists of the word "CAMARO" in a square design which comes down to a point at the bottom of the square and contains three vertical stripes under the wording.

SER. NO. 86-613,559, FILED 04-29-2015

DAVID E TOOLEY, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,863,379**

**Registered Dec. 1, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, HATS AND SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-16-2015; IN COMMERCE 5-16-2015.

THE MARK CONSISTS OF A RECTANGLE SHAPE CONTAINING THREE VERTICAL STRIPES AND THE WORD "CAMARO" ABOVE THE STRIPES.

SER. NO. 86-701,195, FILED 7-22-2015.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,863,380**

**Registered Dec. 1, 2015**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 14**

FOR: LAPEL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 5-16-2015; IN COMMERCE 5-16-2015.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A RECTANGLE SHAPE CONTAINING THREE VERTICAL
STRIPES AND THE WORD "CAMARO" ABOVE THE STRIPES.

SER. NO. 86-702,082, FILED 7-23-2015.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,863,381**
**Registered Dec. 1, 2015**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 6**

FOR: NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

**TRADEMARK**

FIRST USE 5-16-2015; IN COMMERCE 5-16-2015.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A RECTANGLE SHAPE CONTAINING THREE VERTICAL STRIPES AND THE WORD "CAMARO" ABOVE THE STRIPES.

SER. NO. 86-702,118, FILED 7-23-2015.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,863,382**

**Registered Dec. 1, 2015**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: POSTERS, CALENDARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-16-2015; IN COMMERCE 5-16-2015.

THE MARK CONSISTS OF A RECTANGLE SHAPE CONTAINING THREE VERTICAL STRIPES AND THE WORD "CAMARO" ABOVE THE STRIPES.

SER. NO. 86-702,136, FILED 7-23-2015.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,863,383**
**Registered Dec. 1, 2015**

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: DECORATIVE MIRROR, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 5-16-2015; IN COMMERCE 5-16-2015.

THE MARK CONSISTS OF A RECTANGLE SHAPE CONTAINING THREE VERTICAL STRIPES AND THE WORD "CAMARO" ABOVE THE STRIPES.

SER. NO. 86-702,161, FILED 7-23-2015.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,863,384**

**Registered Dec. 1, 2015**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: STONE COASTERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 5-16-2015; IN COMMERCE 5-16-2015.

THE MARK CONSISTS OF A RECTANGLE SHAPE CONTAINING THREE VERTICAL STRIPES AND THE WORD "CAMARO" ABOVE THE STRIPES.

SER. NO. 86-702,422, FILED 7-23-2015.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,190,715**

**Registered Nov. 03, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof

FIRST USE 3-4-2020; IN COMMERCE 3-4-2020

The mark consists of two flags connected along their poles, one containing a checkered flag design, the other containing a fleur de lis and a bowtie design.

SER. NO. 88-416,488, FILED 05-06-2019



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,639,689**

**Registered Feb. 08, 2022**

**Int. Cl.: 6, 14, 16, 18, 21, 25, 28**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 6: Non-luminous and non-mechanical metal signs

FIRST USE 6-25-2019; IN COMMERCE 6-25-2019

CLASS 14: Lapel pins, watches

FIRST USE 6-23-2019; IN COMMERCE 6-23-2019

CLASS 16: Posters, pens, calendars, blank journal books

FIRST USE 6-27-2019; IN COMMERCE 6-27-2019

CLASS 18: Duffel bags, leather credit card cases

FIRST USE 6-24-2019; IN COMMERCE 6-24-2019

CLASS 21: Mugs, travel mugs, drinking glasses, water bottles sold empty, non-electric portable beverage coolers

FIRST USE 6-26-2019; IN COMMERCE 6-26-2019

CLASS 25: Shirts, hats, jackets, coats, pullovers

FIRST USE 6-22-2019; IN COMMERCE 6-22-2019

CLASS 28: Toy vehicles, remote controlled toy vehicles

FIRST USE 7-8-2020; IN COMMERCE 7-8-2020

The mark consists of two flags connected along their poles, one containing a checkered



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



flag design, the other containing a fleur de lis and a bowtie design.

SER. NO. 88-489,539, FILED 06-26-2019

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,433,801**

**Registered Jul. 27, 2021**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: vehicle windshields; vehicle windows

FIRST USE 9-25-2020; IN COMMERCE 9-25-2020

The mark consists of two flags connected along their poles, one containing a checkered flag design, the other filled in solid color.

SER. NO. 90-293,374, FILED 11-02-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Registered Aug. 4, 1925.

# Trade-Mark 201,694

## RENEWED
### AUG. 4 1945

# UNITED STATES PATENT OFFICE.

### GENERAL MOTORS CORPORATION, OF DETROIT, MICHIGAN.

#### ACT OF FEBRUARY 20, 1905.

Application filed June 27, 1924. Serial No. 199,223.

# CADILLAC

## STATEMENT.

*To the Commissioner of Patents:*

General Motors Corporation, a corporation duly organized under the laws of the State of Delaware, and having its office and principal place of business in the General Motors Building, West Grand Boulevard and Cass Avenue, Detroit, Michigan, has adopted and used the trade-mark, consisting of the word "Cadillac," shown in the accompanying drawing, for AUTOMOBILES, in Class 19, Vehicles, not including engines, and presents herewith five specimens showing the trade-mark actually used by the applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade mark has been continuously used and applied to said goods in applicant's business and in the business of its predecessors, the Cadillac Automobile Company, of Detroit, Michigan, and the Cadillac Motor Car Company, of Detroit, Michigan, both corporations organized under the laws of the State of Michigan, since the year 1903.

The applicant herein is the present owner of trade mark registrations No. 54,931, August 7, 1906, issued to the Cadillac Automobile Company, of Detroit, Michigan, assignor to Cadillac Motor Car Company, of Detroit, Michigan, and of Trade Mark No. 113,351 issued upon October 17, 1916, to the Cadillac Motor Car Company, of Detroit, Michigan, and of the good will of the business in which the said trade marks are used.

The trade mark is applied or affixed to the goods by casting the same upon a portion thereof, or by placing thereon a plate bearing the trade mark.

And the said General Motors Corporation does hereby appoint Blackmore, Spencer & Flint (a firm composed of Lloyd Blackmore, Louis M. Spencer and Ralph N. Flint), General Motors Building, Detroit, Michigan, registration No. 11183, its attorneys to prosecute this application for registration, with full power of association, substitution and revocation, to make alterations and amendments therein, to receive the registration, and to transact all business in the Patent Office connected therewith.

GENERAL MOTORS CORPORATION,
By T. S. MERRILL,
*Secretary.*

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,700,662

Registered July 14, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SCALE MODELS OF AUTOMOBILES, IN CLASS 28 (U.S. CL. 22).
FIRST USE 5-31-1987; IN COMMERCE 5-31-1987.

OWNER OF U.S. REG. NOS. 201,694, 1,350,558, AND 1,570,808.

SER. NO. 74-103,698, FILED 10-9-1990.

DOMINICK J. SALEMI, EXAMINING ATTOR-NEY

Int. Cl.: 9

Prior U.S. Cl.: 21

Reg. No. 1,900,372

**United States Patent and Trademark Office** Registered June 20, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-
    WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: EYEGLASSES AND TIRE AIR PRES-
SURE GAUGES, IN CLASS 9 (U.S. CL. 21).

FIRST USE 9–30–1987; IN COMMERCE
9–30–1987.
OWNER OF U.S. REG. NO. 1,849,793.

SER. NO. 74–118,616, FILED 11–28–1990.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

Int. Cl.: 16

Prior U.S. Cls.: 22 and 37

Reg. No. 1,665,834

## United States Patent and Trademark Office

Registered Nov. 26, 1991

### TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: PLAYING CARDS AND PENS,
POCKET DIARIES AND NOTEPAD COVERS,
IN CLASS 16 (U.S. CLS. 22 AND 37).

FIRST USE 9-30-1974; IN COMMERCE
9-30-1974.

SER. NO. 74-118,746, FILED 11-28-1990.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

Int. Cl.: 21

Prior U.S. Cls.: 2 and 30

Reg. No. 1,663,465

## United States Patent and Trademark Office

Registered Nov. 5, 1991

### TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CERAMIC MUGS, IN CLASS 21 (U.S.
CLS. 2 AND 30).

FIRST USE 9–30–1989; IN COMMERCE
9–30–1989.

SER. NO. 74–119,391, FILED 11–30–1990.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,782,739

Registered July 20, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOTHING; NAMELY, HATS, SHIRTS,
T-SHIRTS, SWEATSHIRTS, SWEATPANTS,
HEADBANDS, AND WRISTBANDS, IN CLASS
25 (U.S. CL. 39).

FIRST USE 9–30–1979; IN COMMERCE
9–30–1979.

SER. NO. 74–120,302, FILED 11–30–1990.

ANDREW D. LAWRENCE, EXAMINING AT-
TORNEY

Int. Cl.: 27

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**

Reg. No. 1,681,292
Registered Mar. 31, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CARPETING AND CARPETING FOR
AUTOMOBILES, IN CLASS 27 (U.S. CL. 42).

FIRST USE 9–30–1985; IN COMMERCE
9–30–1985.
OWNER OF U.S. REG. NO. 201,695.

SER. NO. 74–155,019, FILED 4–8–1991.

MARGARET HOLTHUSEN, EXAMINING AT-
TORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

**United States Patent and Trademark Office**

Reg. No. 1,898,835

Registered June 13, 1995

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY AUTO-MOBILES, ENGINES THEREFOR, AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19 AND 23).

FIRST USE 9-30-1957; IN COMMERCE 9-30-1957.

THE MARK CONSISTS OF A FANCIFUL REPRESENTATION OF AN IMPALA TOGETH-ER WITH AN OVAL-SHAPED DESIGN.

SER. NO. 74-519,109, FILED 5-2-1994.

SARAH LEE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

## United States Patent and Trademark Office

Reg. No. 2,269,827

Registered Aug. 10, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## ESCALADE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR LAND VEHICLES, NAMELY,
AUTOMOBILES, SPORT UTILITY VEHICLES,
VANS, TRUCKS, ENGINES THEREFOR AND

STRUCTURAL PARTS THEREOF , IN CLASS
12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).
FIRST USE 10-5-1998; IN COMMERCE
10-5-1998.

SN 75-409,407, FILED 12-22-1997.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

**Reg. No. 2,346,737**

Registered May 2, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 1–0–1995; IN COMMERCE
1–0–1995.

OWNER OF U.S. REG. NOS. 661,322 AND
1,898,835.

THE MARK CONSISTS OF A FANCIFUL
REPRESENTATION OF AN IMPALA TOGETH-
ER WITH AN OVAL SHAPED DESIGN.

SER. NO. 75–591,368, FILED 11–18–1998.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,349,761

**United States Patent and Trademark Office**     Registered May 16, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 7–0–1994; IN COMMERCE 7–0–1994.

OWNER OF U.S. REG. NOS. 661,322 AND 1,898,835.

THE MARK CONSISTS OF A FANCIFUL REPRESENTATION OF AN IMPALA TOGETH-ER WITH AN OVAL-SHAPED DESIGN.

SER. NO. 75–630,190, FILED 1–29–1999.

GIANCARLO CASTRO, EXAMINING ATTOR-NEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,346,904

**United States Patent and Trademark Office**

Registered May 2, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
 WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

 FOR: PRESSURE SENSITIVE GRAPHICS
FOR APPLICATION TO AUTOMOBILES AND
AUTOMOBILE DEALERSHIP WINDOWS,
DECALS, STICKERS, BUMPER STICKERS
AND CALENDARS , IN CLASS 16 (U.S. CLS. 2,
5, 22, 23, 29, 37, 38 AND 50).

 FIRST USE 5–0–1997; IN COMMERCE
5–0–1997.
 OWNER OF U.S. REG. NOS. 661,322 AND
1,898,835.
 THE MARK CONSISTS OF A FANCIFUL
REPRESENTATION OF AN IMPALA TOGETH-
ER WITH AN OVAL SHAPED DESIGN.

 SER. NO. 75–650,014, FILED 3–1–1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

**Int. Cl.: 34**

**Prior U.S. Cls.: 2, 8, 9, and 17**

**United States Patent and Trademark Office**

Reg. No. 3,609,853

Registered Apr. 21, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# CADILLAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: CIGAR AND CIGARETTE LIGHTERS NOT
FOR LAND VEHICLES, IN CLASS 34 (U.S. CLS. 2, 8, 9
AND 17).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 201,694, 1,745,650,
AND OTHERS.

SN 77-373,983, FILED 1-17-2008.

DAWN HAN, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,520,169**

Registered Oct. 21, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# ESCALADE

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-14-2002; IN COMMERCE 1-14-2002.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,269,827, 2,931,763, AND 3,435,186.

SER. NO. 77-430,614, FILED 3-25-2008.

NANCY CLARKE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,520,185

Registered Oct. 21, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ESCALADE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, JACKETS, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 11-10-2006; IN COMMERCE 11-10-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,269,827, 2,931,763,
AND 3,435,186.

SER. NO. 77-430,751, FILED 3-25-2008.

NANCY CLARKE, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,654,530

## United States Patent and Trademark Office

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CADILLAC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNAMENTS MADE OF BONE, IVORY, PLASTER, PLASTIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, FURNITURE MIRRORS, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS AND STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1960; IN COMMERCE 1-1-1960.

OWNER OF U.S. REG. NOS. 1,660,237, 1,663,465, AND 1,665,834.

SER. NO. 78-087,695, FILED 10-10-2001.

GINA HAYES, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**Reg. No. 2,756,065**

## United States Patent and Trademark Office

Registered Aug. 26, 2003

## TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS MADE OF PLASTIC, AND WOOD, JEW-
ELRY BOXES NOT OF METAL, NON-METAL KEY
CHAINS, NON-METAL KEY FOBS, NON-METAL
KEY HOLDERS, NON-METAL KEY RINGS, NON-
METAL KEY TAGS, NON-METAL NOVELTY LI-
CENSE PLATES, MIRRORS, NON-METAL MONEY
CLIPS, PLASTIC NAME BADGES, NON-METAL

NAMEPLATES, PICTURE FRAMES, PILLOWS, PLA-
QUES, PLASTIC FLAGS, PLASTIC STORAGE BINS,
SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2,
13, 22, 25, 32 AND 50).

FIRST USE 9-1-1995; IN COMMERCE 9-1-1995.

OWNER OF U.S. REG. NO. 1,898,835.

SER. NO. 78-091,715, FILED 11-5-2001.

PRISCILLA MILTON, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,721,375

Registered June 3, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: KEY FOBS, KEY TAGS, KEY CHAINS AND KEY RINGS NOT MADE OF METAL; NON-METAL LICENSE PLATES; NON-METAL MONEY CLIPS; HAND-HELD AND WALL MIRRORS; DESK ORNA-MENTS MADE OF PLASTIC, WOOD, GLASS, POR-CELAIN OR CRYSTAL; PLAQUES; STOOLS; SEAT CUSHIONS; CHAIRS; BEDS; PILLOWS; NON-ME-TAL CLAMPS; PLASTIC FLAGS; PLASTIC STO-RAGE BINS; NON-METAL KEY HOLDERS; NON-METAL NAMEPLATES; PLASTIC BADGE HOLD-ERS; PLASTIC NAME BADGES; PICTURE FRAMES; NON-METAL JEWELRY BOXES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 8-1-1997; IN COMMERCE 8-1-1997.

OWNER OF U.S. REG. NOS. 2,084,939, 2,538,436 AND OTHERS.

SER. NO. 78-096,443, FILED 12-4-2001.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 3,261,764**

Registered July 10, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## CTS

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300, MAIL CODE 482-C23-B21
DETROIT, MI 482653000

    FOR: OPTICAL FRAMES, EYEWEAR LENSES,
EYEWEAR CASES, AND EYEWEAR CHAINS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-3-2005; IN COMMERCE 11-3-2005.

SN 78-222,942, FILED 3-7-2003.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,931,763
Registered Mar. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## ESCALADE

GENERAL MOTORS CORPORATION (DELA-
    WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300, MAIL CODE 482-C23-B21
DETROIT, MI 482653000

FOR: OPTICAL FRAMES, EYEWEAR LENSES,
EYEWEAR CASES, AND EYEWEAR CHAINS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-23-2004; IN COMMERCE 3-23-2004.

SN 78-222,968, FILED 3-7-2003.

JASON TURNER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

## CT5

**Reg. No. 6,119,389**

**Registered Aug. 04, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof

FIRST USE 12-2-2019; IN COMMERCE 12-2-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-758,475, FILED 01-17-2018



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# CT4

**Reg. No. 6,131,047**

**Registered Aug. 18, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof

FIRST USE 2-24-2020; IN COMMERCE 2-24-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-226,451, FILED 12-12-2018



Director of the United States
Patent and Trademark Office



Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

Reg. No. 1,570,808

## United States Patent and Trademark Office

Registered Dec. 12, 1989

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY, AUTO-
MOBILES, ENGINES THEREFOR, AND
STRUCTURAL PARTS THEREOF, IN CLASS 12
(U.S. CLS. 19 AND 23).

FIRST USE 12–31–1964; IN COMMERCE
12–31–1964.

OWNER OF U.S. REG. NOS. 201,694, 1,523,821
AND OTHERS.

SER. NO. 791,802, FILED 4–7–1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,768,653

## United States Patent and Trademark Office

Registered May 4, 1993

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: UMBRELLAS AND ARTICLES MADE
OF LEATHER; NAMELY, BRIEF-CASE TYPE
PORTFOLIOS, KEY FOBS, KEY CASES, BUSI-
NESS CARD CASES, DUFFLE BAGS, AND

GOLF BAG TAGS MADE OF PEWTER, IN
CLASS 18 (U.S. CL. 3).
FIRST USE 9-30-1976; IN COMMERCE
9-30-1976.

SER. NO. 74-118,605, FILED 11-28-1990.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 13 and 25

## United States Patent and Trademark Office

Reg. No. 1,723,245
Registered Oct. 13, 1992

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: KEYS MADE OF METAL FOR LOCKS, IN CLASS 6 (U.S. CLS. 13 AND 25).

FIRST USE 9–30–1982; IN COMMERCE 9–30–1982.

OWNER OF U.S. REG. NOS. 783,126, 1,665,672 AND OTHERS.
THE LINING SHOWN ON THE MARK IS A FEATURE OF THE MARK AND IS NOT IN-TENDED TO INDICATE COLOR.

SER. NO. 74–241,498, FILED 1–30–1992.

AMOS T. MATTHEWS, JR., EXAMINING AT-TORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 2,830,721

Registered Apr. 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## SRX

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, SPORT UTILITY VEHICLES,
TRUCKS, VANS, ENGINES THEREFOR AND

STRUCTURAL PART THEREOF , IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-22-2003; IN COMMERCE 8-22-2003.

SN 78-057,799, FILED 4-11-2001.

ELISSA GARBER KON, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 2,792,883**

Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## ESV

GENERAL MOTORS CORPORATION (DELA-
    WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

    FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, SPORT UTILITY VEHICLES,
TRUCKS, VANS, ENGINES THEREFOR AND
STRUCTURAL PARTS THEREOF , IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-2002; IN COMMERCE 12-31-2002.

SN 78-093,256, FILED 11-14-2001.

ANDREA K. NADELMAN, EXAMINING ATTOR-
NEY

# United States of America

## United States Patent and Trademark Office

# XT5

**Reg. No. 5,018,505**

**Registered Aug. 09, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MI 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof

FIRST USE 4-8-2016; IN COMMERCE 4-8-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-447,732, FILED 11-07-2014

ANDREW C LEASER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# XT4

**Reg. No. 5,864,138**

**Registered Sep. 17, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, and engines therefor; motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans and structural parts thereof

FIRST USE 9-1-2018; IN COMMERCE 9-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-069,820, FILED 08-08-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# XT6

**Reg. No. 6,097,037**

**Registered Jul. 07, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, and engines therefor; motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans and structural parts thereof

FIRST USE 6-24-2019; IN COMMERCE 6-24-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-070,077, FILED 08-08-2018

Director of the United States
Patent and Trademark Office



Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

Reg. No. 1,872,415
Registered Jan. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: KEY FOBS MADE OF SILVER;
WATCHES, CLOCKS, WATCHBANDS, CUFF
LINKS, TIE TACK PINS, STICK PINS, AND
MONEY CLIPS MADE OF BRUSHED GOLD, IN
CLASS 14 (U.S. CL. 28).

FIRST USE 9–30–1975; IN COMMERCE
9–30–1975.

OWNER OF U.S. REG. NO. 1,530,791.

SER. NO. 74–118,614, FILED 11–28–1990.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,871,376
Registered Jan. 3, 1995

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

   FOR:   CLOTHING;   NAMELY,   SHORTS, SWEATSHIRTS,  KNIT  SHIRTS,  SWEATERS, BLAZERS, SUN VISORS, HATS, RAIN SUITS,

JACKETS, TIES, T-SHIRTS, WARM-UP SUITS, AND ANORAKS, IN CLASS 25 (U.S. CL. 39).
   FIRST   USE   9–30–1974;   IN   COMMERCE 9–30–1974.

   SER. NO. 74–120,308, FILED 11–30–1990.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-NEY

Int. Cl.: 26

Prior U.S. Cl.: 40

## United States Patent and Trademark Office

Reg. No. 1,686,536
Registered May 12, 1992

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: BELT BUCKLES NOT OF PRECIOUS
METAL FOR CLOTHING, IN CLASS 26 (U.S.
CL. 40).

FIRST USE 9-30-1977; IN COMMERCE
9-30-1977.
OWNER OF U.S. REG. NOS. 201,708, 783,126,
AND 1,530,791.

SER. NO. 74-185,483, FILED 7-15-1991.

GLENN CLARK, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,659,597**

Registered Dec. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF BONE, IVORY, PLASTER, PLAS-TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, FURNITURE MIRRORS, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PIC-TURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSH-IONS AND STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1965; IN COMMERCE 1-1-1965.

OWNER OF U.S. REG. NOS. 1,679,352, 1,768,653, AND 1,872,415.

SER. NO. 78-087,706, FILED 10-10-2001.

GINA HAYES, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,779,457

Registered Nov. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, METAL DECORATIVE BOXES, INGOTS OF COMMON METAL, METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, ORNAMENTAL REPLICAS OF VEHICLES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL PARKING SIGNS MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL STREET SIGNS MADE OF METAL, METAL TOOL BOXES, AND WALL MOUNTED AND FREE-STANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NOS. 1,530,791, 1,872,415 AND OTHERS.

SER. NO. 78-063,920, FILED 5-16-2001.

JENNIFER MARTIN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

## United States Patent and Trademark Office

Reg. No. 2,750,240
Registered Aug. 12, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BACK PACKS, BILLFOLDS, BRIEFCASES, BUSINESS CARD CASES, CARRY-ON BAGS, CREDIT CARD CASES, COIN CASES, DUFFEL BAGS, FANNY PACKS, GARMENT BAGS, LUGGAGE, OVERNIGHT BAGS, PURSES, SPORTS BAGS, TOTE BAGS, TRUNKS FOR TRAVELING, UMBRELLAS, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NOS. 783,126 AND 1,523,821.

SER. NO. 78-073,049, FILED 7-10-2001.

ELISSA GARBER KON, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,654,531

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNAMENTS MADE OF BONE, IVORY, PLASTER, PLASTIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, FURNITURE MIRRORS, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS AND STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NOS. 1,679,352, 1,768,653, AND 1,872,415.

SER. NO. 78-087,701, FILED 10-10-2001.

GINA HAYES, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,642,212**

**Registered Nov. 18, 2014**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES AND STRUCTURAL PARTS THEREFOR, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, VANS, AND ENGINES THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-16-2014; IN COMMERCE 1-16-2014.

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-038,915, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,827,580**

**Registered Oct. 6, 2015**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: PENS, PENCILS, NOTEPADS, NOTEBOOKS, BOOKS IN THE FIELD OF AUTOMO-BILES, POSTERS, CALENDARS, DECALS; PRINTED MATERIALS, NAMELY, MANUALS, BROCHURES, AND CATALOGS PERTAINING TO THE FEATURES AND CONTROLS, OPERATION, MAINTENANCE, SERVICE AND REPAIR, AND TECHNICAL FACTS AND SPECIFICATIONS OF MOTOR VEHICLES; MONEY CLIPS MADE OF METAL, NON-METAL MONEY CLIPS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-14-2014; IN COMMERCE 1-14-2014.

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-038,937, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,827,581**

**Registered Oct. 6, 2015**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: BACKPACKS, BILLFOLDS, BRIEFCASES, BUSINESS CARD CASES, CARRY-ON BAGS, MESSENGER BAGS, DUFFEL BAGS, GARMENT BAGS FOR TRAVEL, LUGGAGE, OVERNIGHT BAGS, TOTE BAGS, UMBRELLAS, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-14-2014; IN COMMERCE 1-14-2014.

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-038,960, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,837,265**

**Registered Oct. 20, 2015**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 21**

FOR: DRINKING GLASSES, MUGS, TRAVEL INSULATED BEVERAGE CONTAINERS, FLASKS, PORTABLE COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

**TRADEMARK**

FIRST USE 1-14-2014; IN COMMERCE 1-14-2014.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-039,029, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,728,403**

**Registered Apr. 28, 2015**

**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: GOLF TOWELS, BLANKET THROWS, CLOTH FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 1-14-2014; IN COMMERCE 1-14-2014.

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-039,037, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,827,582**

**Registered Oct. 6, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, CAPS, COATS, DRESS SHIRTS, GOLF SHIRTS, HATS, JACKETS, POLO SHIRTS, SWEAT SHIRTS, SWEATERS, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-14-2014; IN COMMERCE 1-14-2014.

OWNER OF U.S. REG. NOS. 2,547,867, 3,900,705, AND OTHERS.

THE MARK CONSISTS OF A CREST DEVICE WITH VARIOUS SIZED SQUARES AND RECTANGLES CONTAINED THEREIN.

SN 86-039,208, FILED 8-15-2013.

MARYNELLE WILSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,470,781
Registered Dec. 29, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY;
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1-1-1983; IN COMMERCE
1-1-1983.
OWNER OF U.S. REG. NOS. 646,914, 1,337,811
AND OTHERS.

SER. NO. 662,764, FILED 5-26-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

Reg. No. 1,569,557

## United States Patent and Trademark Office

Registered Dec. 5, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY,
TRUCKS, PICK-UP TRUCKS, SPORT UTILITY
TRUCKS, CARGO VANS, PASSENGER VANS,
ENGINES THEREFOR AND STRUCTURAL
PARTS THEREOF; CABS AND CHASSIS FOR
TRUCKS, CABS AND CHASSIS FOR RECRE-
ATIONAL VEHICLES, CHASSIS FOR MOTOR
HOMES, AND CHASSIS FOR BUSES, IN CLASS
12 (U.S. CLS. 19 AND 23).

FIRST USE 12-31-1911; IN COMMERCE
12-31-1911.

OWNER OF U.S. REG. NOS. 646,914, 1,470,781
AND OTHERS.

SER. NO. 793,104, FILED 4-6-1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,455,330

## United States Patent and Trademark Office

Registered May 29, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
PO BOX 300
DETROIT, MI 482653000

FOR: JACKETS, JOGGING SUITS, PARKAS, COATS, SWEAT SHIRTS, SWEAT PANTS, BASE-BALL SHIRTS, SHORTS, T-SHIRT, HATS, SHOES, BANDANAS, GLOVES, ROBES, SWEATERS, TIES,

SOCKS, APRONS, SHIRT, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

SER. NO. 76-062,040, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

United States Patent and Trademark Office

Reg. No. 2,459,744
Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
PO BOX 300
DETROIT, MI 482653000

FOR: CUPS, MUGS, PORTABLE COOLERS, POR-
TABLE ICE CHESTS FOR FOOD AND BEVERAGES,
JARS SOLD EMPTY, SALT AND PEPPER SHAKERS,

CAR DUSTERS , IN CLASS 21 (U.S. CLS. 2, 13, 23, 29,
30, 33, 40 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-062,041, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,461,681
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: LEATHER CARD HOLDERS, TOTE BAGS, DUFFEL BAGS, ATHLETIC BAGS, LUGGAGE, UM-BRELLAS, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-062,043, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 2,449,301

Registered May 8, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: SUNGLASSES, MAGNETS, THERMOME-TERS NOT FOR MEDICAL USE, ANTENNAES, COMPUTER GAME SOFTWARE, TELEPHONES, MOUSE PADS, COMPUTER PERIPHERALS, NAME-LY, WRIST RESTS, NEON SIGNS, CALCULATORS

AND RADIOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-062,835, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

United States Patent and Trademark Office

Reg. No. 2,459,750

Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL MONEY CLIPS, METAL KNOBS,
NON-MECHANICAL METAL STREET SIGNS, NON-
MECHANICAL METAL PARKING SIGNS, NON-
MECHANICAL TIN SIGNS, METAL KEY RINGS,

METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2,
12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,248, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

## United States Patent and Trademark Office

Reg. No. 2,461,697
Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOCKS, WATCHES, EARRINGS, BELT
BUCKLES OF PRECIOUS METALS, MONEY CLIPS
OF PRECIOUS METALS, LAPEL PINS, TIE TACKS,
IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,940, FILED 6-6-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,700,392

Registered Mar. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## GMC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BEDS, CHAIRS, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PIC-TURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSH-IONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1955; IN COMMERCE 1-1-1955.

OWNER OF U.S. REG. NO. 2,461,697.

SER. NO. 78-096,309, FILED 12-3-2001.

EDD VASQUEZ, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

**United States Patent and Trademark Office**

Reg. No. 1,573,202
Registered Dec. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## SIERRA

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTORS VEHICLES; NAMELY, TRUCKS, ENGINES THEREFOR, AND STRUC-TURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19 AND 23).

FIRST USE 9-30-1973; IN COMMERCE 9-30-1973.

OWNER OF U.S. REG. NO. 1,192,074.

SER. NO. 73-738,098, FILED 7-5-1988.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

**United States Patent and Trademark Office**

Reg. No. 1,598,480
Registered May 29, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## YUKON

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY,
TRUCKS, ENGINES THEREFOR AND STRUC-
TURAL PARTS THEREOF, IN CLASS 12 (U.S.
CLS. 19 AND 23).

FIRST USE 10–23–1989; IN COMMERCE
10–23–1989.

SER. NO. 73–837,132, FILED 11–9–1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,057,709

## United States Patent and Trademark Office

Registered Apr. 29, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## SAVANA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY, PAS-
SENGER AND CARGO VANS, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-9-1996; IN COMMERCE
2-9-1996.

SN 74-471,686, FILED 12-17-1993.

FRANCES G. SMITH, EXAMINING ATTOR-
NEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,224,539

Registered Feb. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## DENALI

GENERAL MOTORS ACCEPTANCE CORPO-
RATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY SPORT
UTILITY VEHICLES, ENGINES THEREFOR
AND STRUCTURAL PARTS THEREOF, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2–2–1998; IN COMMERCE
2–2–1998.

SN 75–056,070, FILED 2–12–1996.

CINDY GREENBAUM, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,744,964
Registered July 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## LIKE NOTHING ELSE

MODERNISTA!, LTD. (MASSACHUSETTS COR-
PORATION)
109 KINGSTON STREET
BOSTON, MA 02111

FOR: SHIRTS, TEE SHIRTS, SWEATSHIRTS,
JACKETS, VESTS, PANTS, SHORTS, OVERALLS,
HATS AND VISORS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 10-0-2001; IN COMMERCE 10-0-2001.

OWNER OF U.S. REG. NO. 2,696,730.

SN 78-070,791, FILED 6-25-2001.

LINDA E. BLOHM, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,683,735

Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## SIERRA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS MADE OF PLASTIC AND WOOD, JEWEL-
RY BOXES NOT OF METAL, NON-METAL KEY
CHAINS, NON-METAL KEY FOBS, NON-METAL
KEY HOLDERS, NON-METAL KEY RINGS, NON-
METAL KEY TAGS, NON-METAL LICENSE
PLATES, HAND-HELD AND WALL MIRRORS,

NON-METAL MONEY CLIPS, PLASTIC NAME
BADGES, NON-METAL NAMEPLATES, PICTURE
FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS,
PLASTIC STORAGE BINS, SEAT CUSHIONS,
STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32
AND 50).

FIRST USE 1-1-1988; IN COMMERCE 1-1-1988.

SER. NO. 78-096,306, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,875,574

## United States Patent and Trademark Office

Registered Aug. 17, 2004

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-TOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, VANS, ENGINES THEREFOR AND STRUCTURAL PARTS THEREOF , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-31-2004; IN COMMERCE 1-31-2004.

THE DESIGN CONSISTS OF A HIGHLY STY-LIZED LETTER "V".

SN 78-155,801, FILED 8-20-2002.

CURTIS FRENCH, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

United States Patent and Trademark Office

Reg. No. 3,056,298

Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# H2

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
MAIL CODE 482-C23-B21
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: DEODORANTS, ANTIPERSPIRANTS, FA-
CIAL CLEANSERS, FACIAL CREAMS, FACIAL
SCRUBS, FACIAL LOTION, DEODORANT SOAP,
NON-MEDICATED LIP BALM, COLOGNE, PER-
FUME, AFTER-SHAVE GEL, AFTER-SHAVE LO-
TIONS, AND SHOWER GEL, IN CLASS 3 (U.S. CLS. 1,
4, 6, 50, 51 AND 52).

FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-324,504, FILED 11-7-2003.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 3,242,874
Registered May 15, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ACADIA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, SPORT UTILITY VEHICLES,
TRUCKS, VANS, ENGINES THEREFOR AND
STRUCTURAL PARTS THEREOF , IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-22-2006; IN COMMERCE 11-22-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-427,839, FILED 6-1-2004.

JIM RINGLE, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# ELEVATION

**Reg. No. 4,973,662**

**Registered June 7, 2016**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: MOTOR LAND VEHICLES, NAMELY, TRUCKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 12-15-2015; IN COMMERCE 12-15-2015.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-242,370, FILED 4-4-2014.

LYNDSEY KUYKENDALL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AT4

**Reg. No. 5,751,578**

**Registered May 14, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof

FIRST USE 9-30-2018; IN COMMERCE 9-30-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-818,051, FILED 11-12-2015



Director of the United States
Patent and Trademark Office

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 3,457,399

Registered July 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# H3

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL KEY CHAINS, METAL KEY FOBS,
METAL KEY RINGS, NON-LUMINOUS AND NON-
MECHANICAL METAL SIGNS, NON-LUMINOUS
AND NON-MECHANICAL METAL PARKING
SIGNS, NON-LUMINOUS AND NON-MECHANI-
CAL METAL STREET SIGNS, METAL LICENSE
PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25
AND 50).

FIRST USE 8-29-2005; IN COMMERCE 8-29-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,058,165.

SER. NO. 77-315,486, FILED 10-29-2007.

STEVEN PEREZ, EXAMINING ATTORNEY



United States Patent and Trademark Office

# H3

**Reg. No. 3,717,305**
Registered Dec. 1, 2009

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: PENS, NOTEPADS, GIFT CARDS, DECALS, STICKERS, BUMPERSTICKERS, CALENDARS, MONEY CLIPS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**TRADEMARK
PRINCIPAL REGISTER**

FIRST USE 10-24-2005; IN COMMERCE 10-24-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-315,489, FILED 10-29-2007.

STEVEN PEREZ, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,453,396**

Registered June 24, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# H3

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300 DETROIT, MI 482653000

FOR: MINIATURE MODELS OF VEHICLES, TOY VEHICLES, HOBBY KITS FOR THE CONSTRUC-TION OF TOY VEHICLES, COLLECTABLE TOY CARS, RADIO CONTROLLED TOY CARS, RIDE-ON TOYS IN THE NATURE OF PEDAL CARS, BOARD GAMES, BALLOONS, STAND ALONE VI-DEO GAME MACHINES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, PINBALL MACHINES, CHRISTMAS TREE ORNAMENTS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-5-2005; IN COMMERCE 7-5-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,058,165.

SER. NO. 77-315,490, FILED 10-29-2007.

STEVEN PEREZ, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,245,635

Registered May 18, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

AM GENERAL CORPORATION (DELAWARE CORPORATION)
P.O. BOX 7025
SOUTH BEND, IN 466347025

FOR: TOYS, NAMELY, TOY TRUCKS AND MODEL KITS FOR BUILDING TOY TRUCKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.

OWNER OF U.S. REG. NO. 1,730,936.

SER. NO. 75-387,765, FILED 11-10-1997.

JUDITH GRUNDY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,414,500

Registered Dec. 19, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTOR CORPORATION (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000 BY ASSIGNMENT; BY AS-SIGNMENT AM GENERAL CORPORATION (DELAWARE CORPORATION) SOUTH BEND, IN 466347025

FOR: FOOTWEAR AND APPAREL, NAMELY, SOCKS, HOSIERY, UNDERWEAR, HATS, SCARVES, GLOVES, EARMUFFS, JACKETS, PANTS, SHORTS, SKIRTS, SHIRTS, SWEATSHIRTS AND SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1998; IN COMMERCE 11–0–1998.

OWNER OF U.S. REG. NOS. 1,730,936 AND 2,238,142.

SN 75–566,119, FILED 10–6–1998.

TAMI COHEN, EXAMINING ATTORNEY

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. 2,953,685

Registered May 17, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# HUMMER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
MAIL CODE 482-C23-B21
300 RENAISSANCE CENTERP.O. BOX 300P.O. BOX 300
DETROIT, MI 482653000

FOR: DEODORANTS, ANTIPERSPIRANTS, FACIAL CLEANSERS, FACIAL CREAMS, FACIAL SCRUBS, FACIAL LOTION, DEODORANT SOAP, NON-MEDICATED LIP BALM, COLOGNE, PERFUME, AFTER-SHAVE GEL, AFTER-SHAVE LO-

TIONS, AND SHOWER GEL, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-16-2004; IN COMMERCE 8-16-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-324,501, FILED 11-7-2003.

DOUGLAS LEE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# HUMMER

**Reg. No. 5,519,708**

**Registered Jul. 17, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Spare tire covers

FIRST USE 4-1-2006; IN COMMERCE 4-1-2006

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-810,656, FILED 02-26-2018



Director of the United States
Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,954,605

Registered May 24, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, APRONS, CAPS, COATS, DRESS SHIRTS, GLOVES, GOLF SHIRTS, HATS, HEADBANDS, JACKETS, MOCCASINS, NECKTIES, OVERALLS, PANTS, POLO SHIRTS, RAINWEAR, ROBES, SCARVES, SHOES, SHORTS, SLEEP WEAR, SLIPPERS, SOCKS, SUNVISORS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, T-SHIRTS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

SER. NO. 78-051,723, FILED 3-7-2001.

STANLEY I. OSBORNE, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,654,456
Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL PIGGY BANKS, METAL DECORA-
TIVE BOXES, INGOTS OF COMMON METAL, ME-
TAL KEY CHAINS, METAL KEY FOBS, METAL
KEY RINGS, METAL KEYS, METAL LICENSE
PLATES, NON-LUMINOUS AND NON-MECHANI-
CAL METAL SIGNS, METAL MONEY CLIPS, NON-
LUMINOUS AND NON-MECHANICAL METAL

PARKING SIGNS, ORNAMENTAL REPLICA VEHI-
CLES MADE OF METAL, NON-LUMINOUS AND
NON-MECHANICAL METAL STREET SIGNS, ME-
TAL TOOL BOXES AND METAL TOOL RACKS, IN
CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

SER. NO. 78-053,979, FILED 3-20-2001.

KELLY BOULTON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,645,796

Registered Nov. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BINOCULARS; CALCULATORS; PHOTO-GRAPH CAMERAS; COMPASSES; COMPUTER MOUSE PADS; COMPUTER MOUSES; COMPUTER GAME SOFTWARE FOR USE IN ARCADE GAMES, HAND HELD ELECTRONIC GAMES AND VIDEO GAMES; COMPUTER SCREEN SAVER SOFTWARE; COMPUTER AND VIDEO GAME CARTRIDGES; VIDEO GAME INTERACTIVE HAND HELD RE-MOTE CONTROLS FOR PLAYING ELECTRONIC GAMES; HAND HELD JOY STICK UNITS FOR PLAYING VIDEO GAMES; ELECTRIC SIGNS; EYE-

GLASS CASES; EYEGLASSES; GRADUATED RU-LERS; MAGNETS; MAGNIFYING GLASSES; NEON SIGNS, PRE-RECORDED VIDEO TAPES FEATUR-ING INFORMATION ON AUTOMOBILES; RADIO ANTENNAS; RADIOS; SUNGLASSES; TAPE MEA-SURES; TELEPHONES; THERMOMETERS NOT FOR MEDICAL USE; TIRE PRESSURE GAUGES; VIDEO TAPE REWINDERS; AND YARD STICKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

SER. NO. 78-053,982, FILED 3-20-2001.

KELLY BOULTON, EXAMINING ATTORNEY

Int. Cl.: 26

Prior U.S. Cls.: 37, 39, 40, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,625,050

Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BELT BUCKLES FOR CLOTHES NOT OF
PRECIOUS METAL, EMBROIDERED EMBLEMS,
HAT PINS, CLOTH PATCHES FOR CLOTHING

AND ZIPPER PULLS , IN CLASS 26 (U.S. CLS. 37,
39, 40, 42 AND 50).

FIRST USE 11-0-1998; IN COMMERCE 11-0-1998.

SER. NO. 78-053,985, FILED 3-20-2001.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,631,795

## United States Patent and Trademark Office

Registered Oct. 8, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# HUMMER

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BACKPACKS, BILLFOLDS, BRIEFCASES,
BUSINESS CARD CASES, CARRY-ON BAGS, CRED-
IT CARD CASES, COIN CASES, DUFFEL BAGS,
FANNY PACKS, GARMENT BAGS FOR TRAVEL,
LUGGAGE, OVERNIGHT BAGS, PURSES, SPORT
BAGS, TOTE BAGS, TRUNKS FOR TRAVELING,
UMBRELLAS AND WALLETS, IN CLASS 18 (U.S.
CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

SER. NO. 78-053,997, FILED 3-20-2001.

JOSETTE BEVERLY, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,740,337**

Registered July 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# HUMMER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS TREE ORNAMENTS, COLLECTABLE TOY CARS, DIE CAST VEHICLE MODELS, PEDDLE CARS, COIN- OR NON-COIN OPERATED PINBALL MACHINES, PLASTIC VEHICLE HOBBY KITS FOR THE CONSTRUCTION OF TOY VEHICLES, PLASTIC VEHICLE MODELS, RADIO CONTROLLED CARS, VIDEO GAMES, NAMELY, COIN-OPER-ATED VIDEO GAMES AND STAND ALONE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

OWNER OF U.S. REG. NOS. 1,730,936, 2,420,425 AND OTHERS.

SER. NO. 78-056,452, FILED 4-3-2001.

MICHAEL TANNER, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,707,075**

## United States Patent and Trademark Office

Registered Apr. 15, 2003

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, APRONS, CAPS,
COATS, DRESS SHIRTS, GLOVES, GOLF SHIRTS,
HATS, HEADBANDS, JACKETS, MOCCASINS,
NECKTIES, OVERALLS, PANTS, POLO SHIRTS,
RAINWEAR, SLIPPERS, SOCKS, SUNVISORS,
SWEAT PANTS, SWEATERS, T-SHIRTS AND VESTS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2000; IN COMMERCE 10-15-2001.

SER. NO. 78-054,001, FILED 3-20-2001.

TONJA GASKINS, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,625,051

## United States Patent and Trademark Office

Registered Sep. 24, 2002

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

    FOR: INGOTS OF COMMON METAL, METAL
KEY RINGS, METAL KEY FOBS, METAL LICENSE
PLATES, NON-LUMINOUS AND NON-MECHANI-
CAL METAL SIGNS, PARKING SIGNS AND
STREET SIGNS, METAL MONEY CLIPS, METAL
TOOL BOXES AND TOOL RACKS, METAL PIGGY

BANKS, METAL DECORATIVE BOXES AND OR-
NAMENTAL REPLICAS OF VEHICLES MADE OF
PEWTER AND BRONZE, IN CLASS 6 (U.S. CLS. 2, 12,
13, 14, 23, 25 AND 50).

    FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

    SER. NO. 78-054,005, FILED 3-20-2001.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,604,940

Registered Aug. 6, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: ALMANACS, AUTOMOTIVE BOOKS, PA-
PER AND PLASTIC BAGS FOR MERCHANDISE,
BANK CHECKS, BUMPER STICKERS, DESKTOP
BUSINESS CARD HOLDERS, BUSINESS CARDS,
CALENDARS, CHECKBOOK COVERS, CHIL-
DREN'S ACTIVITY BOOKS, COOKBOOKS, DEC-
ALS, DESK TOP HOLDERS, GIFT WRAPPING
PAPER, GREETING CARDS, LETTER OPENERS,
MARKERS, NOTE PAD HOLDERS, NOTE PADS,
PAPER BANNERS, PAPER COASTERS, PAPER
FLAGS, PAPER LUGGAGE TAGS, PAPER NAP-
KINS, PAPERWEIGHTS, PEN AND PENCIL HOLD-
ERS, PENCILS, PENS, PHOTO ALBUMS, PICTURES,
PLAYING CARDS, POCKET SECRETARIES, POST-
CARDS, POSTERS, PRINTED LABELS, REPRODUC-
TION LITHOGRAPHIC PRINTS, STATIONERY
FOLDERS, TRADING AND COLLECTOR CARDS ,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

SER. NO. 78-054,011, FILED 3-20-2001.

SUELLEN HICKEY, EXAMINING ATTORNEY

# United States Patent Office

**860,907**
Registered Nov. 26, 1968

## PRINCIPAL REGISTER
### Trademark

Ser. No. 291,863, filed Feb. 26, 1968

## BUICK

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich.   48202

For: AUTOMOBILES AND PARTS THEREOF, in CLASS 19 (INT. CL. 12).

First use in or before 1904; in commerce in or before 1904.

Owner of Reg. Nos. 108,852, 647,618, and others.

C. A. MARLOW, *Examiner.*

Int. Cl.: 18

Prior U.S. Cls.: 3 and 41

**United States Patent and Trademark Office**

Reg. No. 1,727,606
Registered Oct. 27, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: COIN PURSES, UMBRELLAS, TOTE BAGS, HIP PACKS, AND DUFFEL BAGS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9–30–1972; IN COMMERCE 9–30–1972.
OWNER OF U.S. REG. NOS. 199,246, 1,559,739 AND OTHERS.

SER. NO. 74–173,724, FILED 6–7–1991.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2 and 33

United States Patent and Trademark Office

Reg. No. 1,685,358
Registered May 5, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MUGS, CRYSTAL BOXES, AND
GLASSWARE FOR BEVERAGES, IN CLASS 21
(U.S. CLS. 2 AND 33).

FIRST USE 9-30-1977; IN COMMERCE
9-30-1977.
OWNER OF U.S. REG. NOS. 199,246, 860,907
AND OTHERS.

SER. NO. 74-173,740, FILED 6-7-1991.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**

Reg. No. 1,694,262

Registered June 16, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOCKS AND WATCHES, IN CLASS 14
(U.S. CLS. 27 AND 28).

FIRST USE 9–30–1977; IN COMMERCE
9–30–1977.
OWNER OF U.S. REG. NOS. 199,246, 860,907
AND OTHERS.

SER. NO. 74–175,984, FILED 6–14–1991.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 22 and 37

Reg. No. 1,685,308

## United States Patent and Trademark Office

Registered May 5, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: LETTER OPENERS, PLAYING CARDS,
PENS, PAPER CLIP CADDIES, AND PENCILS,
IN CLASS 16 (U.S. CLS. 2, 22 AND 37).

FIRST USE 9–30–1971; IN COMMERCE
9–30–1971.
OWNER OF U.S. REG. NOS. 199,246, 860,907
AND OTHERS.

SER. NO. 74–173,741, FILED 6–7–1991.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,682,097
Registered Apr. 7, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: T-SHIRTS, SHORTS, SWEATSHIRTS,
TIES, SHIRTS, CAPS, VISORS, JACKETS, AND
SWEATERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–30–1975; IN COMMERCE
9–30–1975.
OWNER OF U.S. REG. NOS. 199,246, 860,907
AND OTHERS.

SER. NO. 74–175,989, FILED 6–14–1991.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**

Reg. No. 1,686,484
Registered May 12, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 9-30-1987; IN COMMERCE
9-30-1987.

OWNER OF U.S. REG. NOS. 199,246, 1,559,739
AND OTHERS.

SER. NO. 74-192,136, FILED 8-6-1991.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**Reg. No. 2,625,102**

## United States Patent and Trademark Office

Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, DECORATIVE METAL
BOXES, INGOTS OF COMMON METAL, METAL
KEY CHAINS, METAL KEY FOBS, METAL KEY
RINGS, METAL KEYS, LICENSE PLATES MADE OF
METAL, NON-LUMINOUS AND NON-MECHANI-
CAL METAL SIGNS, MONEY CLIPS MADE OF
METAL, ORNAMENTAL REPLICAS OF VEHICLES
MADE OF METAL, PARKING SIGNS MADE OF
METAL, STREET SIGNS MADE OF METAL TOOL

BOXES, AND WALL MOUNTED AND FREE-
STANDING METAL TOOL RACKS, IN CLASS 6
(U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-1905; IN COMMERCE 12-1-1905.

OWNER OF U.S. REG. NOS. 647,618, 1,668,926 AND
OTHERS.

SER. NO. 78-063,931, FILED 5-16-2001.

APRIL L. RADEMACHER, EXAMINING ATTOR-
NEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**Reg. No. 2,678,154**

## United States Patent and Trademark Office

Registered Jan. 21, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## BUICK

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS, NAMELY ORNAMENTS OF PLASTIC OR
WOOD, JEWELRY BOXES NOT OF METAL, NON-
METAL KEY CHAINS, NON-METAL KEY FOBS,
NON-METAL KEY HOLDERS, NON-METAL KEY
RINGS, NON-METAL KEY TAGS, NON-METAL
LICENSE PLATES, HAND HELD MIRRORS, NON-
METAL MONEY CLIPS, NAME BADGES, NAME

PLATES, PICTURE FRAMES, PILLOWS, PLAQUES,
PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT
CUSHIONS, AND STOOLS, IN CLASS 20 (U.S. CLS. 2,
13, 22, 25, 32 AND 50).

FIRST USE 1-1-1950; IN COMMERCE 1-1-1950.

OWNER OF U.S. REG. NO. 1,685,308.

SER. NO. 78-092,347, FILED 11-8-2001.

PAULA MAYS, EXAMINING ATTORNEY

Registered June 28, 1949

# Registration No. 511,603

## PRINCIPAL REGISTER
### Trade-Mark
### Section 2 (f)

# UNITED STATES PATENT OFFICE

**General Motors Corporation, Detroit, Mich.**

**Act of 1946**

**Application September 20, 1947, Serial No. 535,143**



### (Statement)

General Motors Corporation, a corporation duly organized under the laws of the State of Delaware, located at Detroit, Michigan, and doing business at 3044 West Grand Boulevard, Detroit 2, has adopted and used the trade-mark shown in the accompanying drawing, for AUTOMOBILES AND STRUCTURAL PARTS THEREOF, in Class 19, Vehicles, and presents herewith five facsimiles showing the trade-mark as actually used in connection with such goods, the trademark being applied to the goods and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946.

The trade-mark was first used on January 2, 1904, and first used in commerce among the several States which may lawfully be regulated by Congress on January 2, 1904.

Applicant is the owner of Registrations No. 108,852 granted February 29, 1916; No. 199,246 granted June 2, 1925; No. 202,413 granted August 18, 1925, and No. 232,688 granted September 13, 1927.

Applications for renewal of United States Trade-Mark Registrations 199,246 and 202,413 have been filed within the time specified under the law.

Applicant claims that the mark is distinctive of the goods and that applicant has had substantially exclusive and continuous use of the mark in commerce among the several States for the period of five years next preceding the date of filing of this application.

### (Declaration)

J. M. Crawford, being duly sworn, deposes and says that he is a vice president of General Motors Corporation, the applicant named in the foregoing statement, that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress, either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the facsimiles show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

GENERAL MOTORS CORPORATION,
By J. M. CRAWFORD,
*Vice President.*



# ENCORE

**Reg. No. 4,342,824**
**Registered May 28, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES AND SPORT UTILITY VEHICLES, BOTH FOR CONSUMER USE ONLY AND NOT FOR INDUSTRIAL OR CONSTRUCTION USE AND NOT INCLUDING LIFT TRUCKS, PALLET TRUCKS, TOWING TRACTORS, FORK LIFT TRUCKS, PLATFORM LIFT TRUCKS, SPECIAL APPLICATION LIFT TRUCKS, OR STOCK PICKER TRUCKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-15-2013; IN COMMERCE 1-15-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-754,167, FILED 6-8-2009.

SHAILA SETTLES, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,659,457**

**United States Patent and Trademark Office**     Registered Dec. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

   FOR: CLOTHING, NAMELY, APRONS, CAPS, COATS, DRESS SHIRTS, GLOVES, GOLF SHIRTS, HATS, HEADBANDS, JACKETS, MOCCASINS, NECKTIES, OVERALLS, PANTS, POLO SHIRTS, RAINWEAR, ROBES, SCARVES, SHOES, SHORTS, SLEEP WEAR, SLIPPERS, SOCKS, SUNVISORS,

SWEAT PANTS, SWEAT SHIRTS, SWEATERS, T-SHIRTS, VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 11-0-1997; IN COMMERCE 11-0-1997.

   OWNER OF U.S. REG. NO. 2,420,425.

   SER. NO. 78-056,445, FILED 4-3-2001.

MICHAEL TANNER, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,693,400

Registered Mar. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## REGAL

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS, NAMELY, PLASTIC AND WOOD, JEWEL-RY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL NOVELTY LI-CENSE PLATES, MIRRORS, NON-METAL MONEY

CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLA-QUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1979; IN COMMERCE 1-1-1979.

SER. NO. 78-096,250, FILED 12-3-2001.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,926,906

**United States Patent and Trademark Office**   Registered Feb. 15, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## LACROSSE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300, MAIL CODE 482-C23-B21
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY AU-
TOMOBILES, TRUCKS, SPORT UTILITY VEHI-
CLES, VANS, ENGINES THEREFOR AND
STRUCTURAL PARTS THEREOF, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-1-2004; IN COMMERCE 10-1-2004.

THE ENGLISH TRANSLATION OF THE WORD
"LACROSSE" IN THE MARK IS A GOAL GAME IN
WHICH PLAYERS USE A LONG-HANDLED STICK
THAT HAS A TRIANGULAR HEAD WITH A MESH
POUCH FOR CATCHING, CARRYING, AND
THROWING THE BALL.

SN 78-214,017, FILED 2-12-2003.

JERI J. FICKES, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 3,336,426
Registered Nov. 13, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ENCLAVE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY,
TRUCKS AND SPORT UTILITY VEHICLES, EN-
GINES THEREFOR AND STRUCTURAL PARTS
THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35
AND 44).

FIRST USE 4-12-2007; IN COMMERCE 4-12-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-697,148, FILED 8-22-2005.

KEVON CHISOLM, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# GNX

**Reg. No. 4,333,886**  GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
**Registered May 14, 2013**  DETROIT, MI 482653000

**Int. Cl.: 27**  FOR: FLOOR MATS FOR AUTOMOBILES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

**TRADEMARK**

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-638,978, FILED 5-30-2012.

KATHRYN COWARD, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# GRAND NATIONAL

**Reg. No. 4,275,355**

**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 27**

FOR: FLOOR MATS FOR AUTOMOBILES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-638,992, FILED 5-30-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GNX

**Reg. No. 4,333,887**
**Registered May 14, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: BADGES FOR VEHICLES, FITTED COVERS FOR VEHICLES, FENDER MATS FOR VEHICLES, HORN BUTTON INSERTS FOR VEHICLES, TRUNK LINERS FOR VEHICLES, CAPS FOR WHEEL RIMS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-1984; IN COMMERCE 12-31-1984.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-639,155, FILED 5-31-2012.

KATHRYN COWARD, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GRAND NATIONAL

**Reg. No. 4,275,368**  GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
**Registered Jan. 15, 2013**  DETROIT, MI 482653000

**Int. Cl.: 12**  FOR: BADGES FOR VEHICLES, FITTED COVERS FOR VEHICLES, FENDER MATS FOR VEHICLES, HORN BUTTON INSERTS FOR VEHICLES, TRUNK LINERS FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

**PRINCIPAL REGISTER**  FIRST USE 12-31-1984; IN COMMERCE 12-31-1984.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-639,179, FILED 5-31-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# GNX

**Reg. No. 4,333,888**  
**Registered May 14, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, HATS, T-SHIRTS, JACKETS, SWEAT SHIRTS, POLO SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 3-2-2008; IN COMMERCE 3-2-2008.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-639,497, FILED 5-31-2012.

KATHRYN COWARD, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GRAND NATIONAL

**Reg. No. 4,275,397**  GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
**Registered Jan. 15, 2013**  DETROIT, MI 482653000

**Int. Cl.: 25**  FOR: CLOTHING, NAMELY HATS, T-SHIRTS, JACKETS, SWEAT SHIRTS, POLO SHIRTS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**  FIRST USE 3-2-2008; IN COMMERCE 3-2-2008.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-639,518, FILED 5-31-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GNX

**Reg. No. 4,308,089**　　GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
　　　　　　　　　　　　300 RENAISSANCE CENTER
**Registered Mar. 26, 2013**　DETROIT, MI 482653000

**Int. Cl.: 6**　　　　　　FOR: NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, METAL KEY CHAINS,
　　　　　　　　　　　　METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

**TRADEMARK**　　　　FIRST USE 1-1-1998; IN COMMERCE 1-1-1998.

**PRINCIPAL REGISTER**　THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
　　　　　　　　　　　　TICULAR FONT, STYLE, SIZE, OR COLOR.

　　　　　　　　　　　　SER. NO. 85-639,622, FILED 5-31-2012.

　　　　　　　　　　　　KATHRYN COWARD, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GRAND NATIONAL

**Reg. No. 4,275,405**

**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 6**

FOR: NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, METAL KEY CHAINS, METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

**TRADEMARK**

FIRST USE 1-1-1998; IN COMMERCE 1-1-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-639,655, FILED 5-31-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# GNX

**Reg. No. 4,333,889**
**Registered May 14, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 20**

FOR: VINYL BANNERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 11-30-2006; IN COMMERCE 11-30-2006.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-639,680, FILED 5-31-2012.

KATHRYN COWARD, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GRAND NATIONAL

**Reg. No. 4,275,406**
**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 20**

FOR: VINYL BANNERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 11-30-2006; IN COMMERCE 11-30-2006.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-639,695, FILED 5-31-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# GSX

**Reg. No. 4,275,881**

**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: UPHOLSTERY FOR MOTOR LAND PASSENGER VEHICLES; EXTERIOR AND IN-TERIOR BADGES FOR MOTOR LAND PASSENGER VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-692,211, FILED 8-1-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GSX

**Reg. No. 4,275,882**

**Registered Jan. 15, 2013**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-692,224, FILED 8-1-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AVENIR

**Reg. No. 5,464,849**

**Registered May 08, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans and structural parts thereof

FIRST USE 11-1-2017; IN COMMERCE 11-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "AVENIR" in the mark is "TO BRING TOGETHER" or "FUTURE".

SER. NO. 86-500,516, FILED 01-12-2015

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TOURX

**Reg. No. 5,570,976**

**Registered Sep. 25, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles

FIRST USE 4-30-2017; IN COMMERCE 4-30-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-850,584, FILED 12-16-2015



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RIVIERA

**Reg. No. 5,082,334**

**Registered Nov. 15, 2016**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MI 482653000

CLASS 12: Badges for vehicles

FIRST USE 5-31-2009; IN COMMERCE 5-31-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-041,668, FILED 05-18-2016
SHAUNIA P CARLYLE, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

Reg. No. 1,559,739

## United States Patent and Trademark Office

Registered Oct. 10, 1989

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY, AUTO-MOBILES, ENGINES THEREFOR, AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19 AND 23).

FIRST USE 9–1–1981; IN COMMERCE 9–1–1981.

OWNER OF U.S. REG. NOS. 199,246, 1,037,850 AND OTHERS.

SER. NO. 781,694, FILED 2–21–1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 30 and 33

## United States Patent and Trademark Office

Reg. No. 1,741,359
Registered Dec. 22, 1992

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CRYSTAL BOXES, GLASSWARE FOR BEVERAGES, AND MUGS, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FIRST USE 9–30–1982, FIRST USED IN AN-OTHER FORM ON SEPTEMBER 30, 1971; IN COMMERCE 9–30–1982, FIRST USED IN COM-MERCE IN ANOTHER FORM ON SEPTEMBER 30, 1971.

OWNER OF U.S. REG. NOS. 1,473,052, 1,559,739 AND OTHERS.

SER. NO. 74–175,875, FILED 6–14–1991.

BARBARA S. HUDSON, EXAMINING ATTOR-NEY

Int. Cl.: 16

Prior U.S. Cls.: 22 and 37

## United States Patent and Trademark Office

Reg. No. 1,713,553
Registered Sep. 8, 1992

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: PLAYING CARDS, LETTER OPENERS, PENS, PENCILS, PEN AND PENCIL SETS, AND MEMO HOLDERS, IN CLASS 16 (U.S. CLS. 22 AND 37).

FIRST USE 9–30–1981, FIRST USED IN ANOTHER FORM ON SEPTEMBER 30, 1971; IN COMMERCE 9–30–1981, FIRST USED IN COMMERCE IN ANOTHER FORM ON SEPTEMBER 30, 1971.

OWNER OF U.S. REG. NOS. 1,037,850, 1,559,739 AND OTHERS.

SER. NO. 74–175,985, FILED 6–14–1991.

CHERYL BUTLER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 3 and 41

## United States Patent and Trademark Office

Reg. No. 1,790,402
Registered Aug. 31, 1993

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: COIN CASES, UMBRELLAS, TOTE BAGS, AND HIP PACKS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 9-30-1987; IN COMMERCE 9-30-1987.
OWNER OF U.S. REG. NOS. 199,246, 1,559,739 AND OTHERS.

SER. NO. 74-175,987, FILED 6-14-1991.

KEITH L. HENDERSON, EXAMINING ATTOR-NEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

## United States Patent and Trademark Office

Reg. No. 1,698,990
Registered July 7, 1992

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOCKS, WATCHES, GOLD NECK-
LACES, CUFF LINKS, AND TIE TACKS, IN
CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 9–30–1981; IN COMMERCE
9–30–1981.
OWNER OF U.S. REG. NOS. 1,037,850, 1,559,739
AND OTHERS.

SER. NO. 74–175,988, FILED 6–14–1991.

BRIDGET A. GRIFFIN, EXAMINING ATTOR-
NEY

Int. Cl.: 24

Prior U.S. Cl.: 42

Reg. No. 1,690,241

## United States Patent and Trademark Office

Registered June 2, 1992

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 9–30–1987; IN COMMERCE
9–30–1987.

OWNER OF U.S. REG. NOS. 1,037,850, 1,559,739
AND OTHERS.

SER. NO. 74–192,821, FILED 8–6–1991.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 13 and 28

**United States Patent and Trademark Office**

Reg. No. 1,734,354
Registered Nov. 24, 1992

# TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MONEY CLIPS AND KEY RINGS MADE OF METAL, IN CLASS 6 (U.S. CLS. 13 AND 28).

FIRST USE 9-30-1971, FIRST USED IN AN-OTHER FORM ON SEPTEMBER 30, 1971; IN COMMERCE 9-30-1971, FIRST USED IN COM-MERCE IN ANOTHER FORM ON SEPTEMBER 30, 1971.

OWNER OF U.S. REG. NOS. 1,037,850, 1,559,739 AND OTHERS.

SER. NO. 74-220,112, FILED 11-8-1991.

VIVIAN MICZNIK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,545,104
Registered Mar. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: APRONS, CAPS, COATS, DRESS SHIRTS,
GLOVES, GOLF SHIRTS, HATS, HEADBANDS,
JACKETS, MOCCASINS, NECKTIES, OVERALLS,
PANTS, POLO SHIRTS, RAINWEAR, ROBES,
SCARVES, SHOES, SHORTS, SLEEP WEAR, SLIP-
PERS, SOCKS, SUNVISORS, SWEAT PANTS, SWEAT

SHIRTS, SWEATERS, T-SHIRTS, VESTS, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1983; IN COMMERCE 9-30-1983.

OWNER OF U.S. REG. NOS. 1,690,241, 1,741,359
AND OTHERS.

SER. NO. 78-050,373, FILED 2-27-2001.

JOSEPH MANALILI, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

**Reg. No. 2,631,830**
Registered Oct. 8, 2002

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, APRONS, CAPS, COATS, DRESS SHIRTS, GLOVES, GOLF SHIRTS, HATS, HEADBANDS, JACKETS, MOCCASINS, NECKTIES, OVERALLS, PANTS, POLO SHIRTS, RAINWEAR, ROBES, SCARVES, SHOES, SHORTS, SLEEP WEAR, SLIPPERS, SOCKS, SUNVISORS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, T-

SHIRTS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1971; IN COMMERCE 9-30-1971.

OWNER OF U.S. REG. NOS. 1,559,739, 1,790,402 AND OTHERS.

SER. NO. 78-063,886, FILED 5-16-2001.

SHARON ASAR, EXAMINING ATTORNEY

**Int. Cl.: 6**

**Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50**

**Reg. No. 2,625,101**

**United States Patent and Trademark Office**

Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, DECORATIVE METAL BOXES, INGOTS OF COMMON METAL, METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, ORNAMENTAL REPLICAS OF VEHICLES MADE OF METAL, PARKING SIGNS MADE OF METAL, STREET SIGNS MADE OF METAL TOOL BOXES, AND WALL MOUNTED AND FREE-STANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-30-1971; IN COMMERCE 9-30-1971.

OWNER OF U.S. REG. NOS. 1,473,052, 1,487,116 AND OTHERS.

SER. NO. 78-063,928, FILED 5-16-2001.

APRIL L. RADEMACHER, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,740,351

Registered July 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS; BEDS;
CHAIRS; NON-METAL CLAMPS; DESK ORNA-
MENTS MADE OF PLASTIC OR WOOD; JEWELRY
BOXES NOT OF METAL; NON-METAL KEY
CHAINS; NON-METAL KEY FOBS; NON-METAL
KEY HOLDERS; NON-METAL KEY RINGS; NON-
METAL KEY TAGS; PLASTIC NOVELTY LICENSE
PLATES; MIRRORS; NON-METAL MONEY CLIPS;
PLASTIC NAME BADGES; NAMEPLATES; PIC-

TURE FRAMES; PILLOWS; PLAQUES; PLASTIC
FLAGS; PLASTIC STORAGE BINS; SEAT CUSH-
IONS; STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32
AND 50).

FIRST USE 1-1-1975; IN COMMERCE 1-1-1975.

OWNER OF U.S. REG. NOS. 1,687,896, 1,720,322
AND OTHERS.

SER. NO. 78-092,342, FILED 11-8-2001.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,467,546

## United States Patent and Trademark Office

Registered Dec. 1, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY;
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 10-1-1983; IN COMMERCE
10-1-1983.
OWNER OF U.S. REG. NOS. 222,073, 647,239
AND OTHERS.

SER. NO. 659,288, FILED 5-7-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 1,708,037

Registered Aug. 18, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CL. 27).

FIRST USE 9–30–1975; IN COMMERCE
9–30–1975.
OWNER OF U.S. REG. NOS. 222,073, 1,495,970
AND OTHERS.

SER. NO. 74–202,106, FILED 9–9–1991.

LINDA K. MCLEOD, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cl.: 42

**United States Patent and Trademark Office**

Reg. No. 1,701,857
Registered July 21, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
 WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: POT HOLDERS, BARBECUE MITTS,
AND TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 9–30–1975; IN COMMERCE
9–30–1975.
 OWNER OF U.S. REG. NOS. 222,073, 1,495,970
AND OTHERS.

SER. NO. 74–202,145, FILED 9–9–1991.

H. M. FISHER, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cl.: 50

**United States Patent and Trademark Office**

Reg. No. 1,744,568

Registered Jan. 5, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: KEY FOBS NOT MADE OF METAL, IN
CLASS 20 (U.S. CL. 50).

FIRST USE 9–30–1980; IN COMMERCE
9–30–1980.

SER. NO. 74–279,696, FILED 5-28-1992.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,685,227
Registered Feb. 11, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: MAGNETS, THERMOMETERS NOT FOR MEDICAL USE, ANTENNAS, COMPUTER GAME SOFTWARE, TELEPHONES, MOUSE PADS, WRIST RESTS FOR USE WITH COMPUTERS, NEON SIGNS,

CALCULATORS, AND RADIOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

SER. NO. 76-063,101, FILED 6-5-2000.

STEVEN JACKSON, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,539,540

**United States Patent and Trademark Office**

Registered Feb. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: JEWELRY BOXES NOT OF METAL,
STOOLS, CHAIRS, PILLOWS, NON-METAL LI-
CENSE PLATES, NON-METAL KEY TAGS, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,111, FILED 6-5-2000.

STEVEN JACKSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,563,775

Registered Apr. 23, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, JACKETS, JOG-
GING SUITS, PARKAS, COATS, SWEAT SHIRTS,
SWEAT PANTS, BASEBALL SHIRTS, SHORTS, T-
SHIRTS, HATS, SHOES, BANDANAS, GLOVES,
ROBES, SWEATERS, TIES, SOCKS, APRONS,
SHIRTS, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1976; IN COMMERCE 9-30-1976.

OWNER OF U.S. REG. NOS. 1,708,037, 1,775,048
AND OTHERS.

SER. NO. 78-022,261, FILED 8-22-2000.

HOWARD SMIGA, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,563,776
Registered Apr. 23, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: WAIST PACKS, DUFFEL BAGS, UMBREL-
LAS, TOTE BAGS, LUGGAGE, WALLETS, BACK-
PACKS, CARD CASES, NAMELY, BUSINESS CARD
CASES, CALLING CARD CASES AND CREDIT
CARD CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

FIRST USE 9-30-1979; IN COMMERCE 9-30-1979.

OWNER OF U.S. REG. NOS. 1,708,037, 1,775,048
AND OTHERS.

SER. NO. 78-022,262, FILED 8-22-2000.

HOWARD SMIGA, EXAMINING ATTORNEY

**Int. Cls.: 6, 18, 20 and 28**

**Prior U.S. Cls.: 1, 2, 3, 12, 13, 14, 22, 23, 25, 32, 38, 41 and 50**

**Reg. No. 2,659,488**

# United States Patent and Trademark Office

Registered Dec. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL PIGGY BANKS, METAL DECORA-TIVE BOXES, INGOTS OF COMMON METAL, ME-TAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS FOR LOCKS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL PARKING SIGNS, NON-LUMINOUS AND NON-MECHANICAL ME-TAL STREET SIGNS, METAL TOOL BOXES AND FREESTANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-1964; IN COMMERCE 12-1-1964.

FOR: LEATHER KEY CHAINS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-19-1997; IN COMMERCE 9-19-1997.

FOR: NON-METAL KEY CHAINS, PLASTIC KEY CHAIN TAGS, KEY FOBS NOT OF METAL, NON-METAL KEY RINGS, PLASTIC KEY RINGS, NON-METAL TOOL BOXES AND FREE-STANDING NON-METAL TOOL RACKS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-14-1997; IN COMMERCE 9-14-1997.

FOR: MINIATURE REPLICAS OF VEHICLES, AND TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 1,467,546, 1,744,568 AND OTHERS.

SER. NO. 78-063,901, FILED 5-16-2001.

SHARON ASAR, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,683,733
Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## PONTIAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS MADE OF PLASTIC AND WOOD, JEWEL-
RY BOXES NOT OF METAL, NON-METAL KEY
CHAINS, NON-METAL KEY FOBS, NON-METAL
KEY HOLDERS, NON-METAL KEY RINGS, NON-
METAL KEY TAGS, NON-METAL LICENSE
PLATES, HAND-HELD AND WALL MIRRORS,

NON-METAL MONEY CLIPS, PLASTIC NAME
BADGES, NON-METAL NAMEPLATES, PICTURE
FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS,
PLASTIC STORAGE BINS, SEAT CUSHIONS,
STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32
AND 50).

FIRST USE 1-1-1949; IN COMMERCE 1-1-1949.

SER. NO. 78-096,291, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,470,780
Registered Dec. 29, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## FIREBIRD

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 2–1–1984; IN COMMERCE
2–1–1984.
OWNER OF U.S. REG. NO. 597,859 AND
OTHERS.

SER. NO. 662,763, FILED 5–26–1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,470,782
Registered Dec. 29, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## FIERO

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY,
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 2-1-1984; IN COMMERCE
2-1-1984.

OWNER OF U.S. REG. NO. 1,397,922.

SER. NO. 662,767, FILED 5-26-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,473,052
Registered Jan. 19, 1988

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY AUTO-
MOBILES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 9-1-1981; IN COMMERCE
9-1-1981.
OWNER OF U.S. REG. NOS. 1,037,850 AND
1,045,075.

SER. NO. 664,012, FILED 6-1-1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,522,859

**United States Patent and Trademark Office**    Registered Dec. 25, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## GTO

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS TREE ORNAMENTS, COLLECTIBLE TOY CARS, DIE CAST VEHICLE MODELS, GOLF BAGS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, GOLF PUTTERS, GOLF TEES, PEDDLE CARS, COIN OPERATED PINBALL MACHINES, PLASTIC TOY VEHICLE MODEL HOBBYCRAFT KITS, PLAS-TIC TOY MODEL KIT CARS, RADIO CONTROL-LED CARS, COIN OPERATED VIDEO GAMES AND HAND HELD UNITS FOR PLAYING VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-1977; IN COMMERCE 9-30-1977.

SER. NO. 78-063,823, FILED 5-16-2001.

MARIA-VICTORIA SUAREZ, EXAMINING ATTOR-NEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,686,610

Registered Feb. 11, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BONNEVILLE

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR, PLASTIC BADGE HOLDERS; NON-METAL CLAMPS, DESK ORNAMENTS MADE OF PLASTIC AND WOOD; JEWELRY BOXES NOT OF METAL; NON-METAL KEY CHAINS; NON-METAL KEY FOBS; NON-METAL KEY HOLDERS; NON-METAL KEY RINGS; PLASTIC KEY TAGS; PLAS-TIC NOVELTY LICENSE PLATES; FURNITURE, NAMELY, MIRRORS; NON-METAL MONEY CLIPS;

PLASTIC NAME BADGES; PLASTIC NAME PLATES; PLAQUES; PLASTIC FLAGS; PLASTIC STORAGE BINS; SEAT CUSHIONS; STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1959; IN COMMERCE 1-1-1959.

OWNER OF U.S. REG. NO. 606,303.

SER. NO. 78-096,285, FILED 12-3-2001.

WILLIAM JACOBI, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,752,897

**United States Patent and Trademark Office**     Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## GRAND PRIX

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF PLASTIC AND WOOD, JEWEL-RY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD AND WALL MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

SER. NO. 78-096,289, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,686,611

Registered Feb. 11, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## GRAND AM

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF PLASTIC AND WOOD, JEWEL-RY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD AND WALL MIRRORS,

NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1978; IN COMMERCE 1-1-1978.

SER. NO. 78-096,297, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**Reg. No. 2,700,393**

**United States Patent and Trademark Office**    Registered Mar. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## FIREBIRD

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BEDS, CHAIRS, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PIC-

TURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSH-IONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1968; IN COMMERCE 1-1-1968.

SER. NO. 78-096,311, FILED 12-3-2001.

EDD VASQUEZ, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

**Reg. No. 2,985,088**

Registered Aug. 16, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**

# THE JUDGE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PARTS, RESTORATION PARTS, AND AC-
CESSORIES FOR MOTOR LAND VEHICLES,
NAMELY, FENDER COVERS, SHIFT KNOBS AND
BADGES, NAMELY INTERIOR AND EXTERIOR
TRIM BADGES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31,
35 AND 44).

FIRST USE 7-1-1992; IN COMMERCE 7-1-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-331,219, FILED 11-21-2003.

NICHOLAS ALTREE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,401,756

Registered Mar. 25, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# THE JUDGE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

  FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND
39).

  FIRST USE 8-16-2000; IN COMMERCE 8-16-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

  OWNER OF U.S. REG. NO. 2,985,088.

  SER. NO. 78-740,542, FILED 10-26-2005.

  MONIQUE MILLER, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**Reg. No. 3,329,341**

**United States Patent and Trademark Office**

Registered Nov. 6, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# FIERO

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: AUTOMOBILE ACCESSORIES, NAMELY,
BADGES FOR VEHICLE TRIM, CENTER WHEEL
RIM CAPS, AND TAILLIGHT COVERS, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,470,782 AND
1,489,529.

"THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS PROUD."

SER. NO. 78-913,978, FILED 6-22-2006.

SUSAN RICHARDS, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,329,342
Registered Nov. 6, 2007

TRADEMARK
PRINCIPAL REGISTER

# Fiero

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 7-0-2002; IN COMMERCE 7-0-2002.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,470,782 AND
1,489,529.

"THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS PROUD."

SER. NO. 78-913,981, FILED 6-22-2006.

SUSAN RICHARDS, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# GTO

**Reg. No. 4,275,876**
**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: UPHOLSTERY FOR MOTOR LAND VEHICLES; EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-692,047, FILED 8-1-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GTO

**Reg. No. 4,275,877**
**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-19-1998; IN COMMERCE 11-19-1998.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-692,053, FILED 8-1-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# WS6

**Reg. No. 4,279,990**
**Registered Jan. 22, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: HUB CAP COVERS; EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 3-14-2007; IN COMMERCE 3-14-2007.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,228, FILED 8-9-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# WS6

**Reg. No. 4,279,991**
**Registered Jan. 22, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-1-2010; IN COMMERCE 8-1-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,239, FILED 8-9-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 14

Prior U.S. Cl.: 27

## United States Patent and Trademark Office

Reg. No. 1,686,331
Registered May 12, 1992

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

  FOR: WATCHES AND CLOCKS, IN CLASS 14 (U.S. CL. 27).
  FIRST USE 9–30–1975; IN COMMERCE 9–30–1975.

OWNER OF U.S. REG. NOS. 1,034,466, 1,034,768, AND 1,495,970.

SER. NO. 74–192,197, FILED 8–6–1991.

RICHARD A. STRASER, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,697,755
Registered June 30, 1992

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOTHING; NAMELY, CAPS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–30–1976; IN COMMERCE 9–30–1976.

OWNER OF U.S. REG. NOS. 1,034,466, 1,034,768, AND 1,495,970.

SER. NO. 74–196,219, FILED 8–19–1991.

ELEANOR MELTZER, EXAMINING ATTOR-NEY

Int. Cl.: 24

Prior U.S. Cls.: 39 and 42

Reg. No. 1,697,696

**United States Patent and Trademark Office**  Registered June 30, 1992

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: POT HOLDERS, BARBECUE MITTS,
AND TOWELS, IN CLASS 24 (U.S. CLS. 39 AND
42).

FIRST USE 9–30–1975; IN COMMERCE
9–30–1975.
OWNER OF U.S. REG. NOS. 1,034,466,
1,034,768, AND 1,495,970.

SER. NO. 74–196,220, FILED 8–19–1991.

ELEANOR MELTZER, EXAMINING ATTOR-
NEY

Int. Cl.: 20

Prior U.S. Cl.: 50

Reg. No. 1,744,567

## United States Patent and Trademark Office

Registered Jan. 5, 1993

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: KEY FOBS NOT MADE OF METAL, IN
CLASS 20 (U.S. CL. 50).

FIRST USE 9–30–1980; IN COMMERCE
9–30–1980.

SER. NO. 74–279,692, FILED 5–28–1992.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,570,842

Registered May 21, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CARD HOLDERS, NAMELY BUSINESS
CARD CASES; TOTE BAGS; DUFFLE BAGS; ATH-

LETIC BAGS; LUGGAGE; WALLETS, IN CLASS 18
(U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,243, FILED 6-5-2000.

JASON TURNER, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,555,084**

## United States Patent and Trademark Office

Registered Apr. 2, 2002

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: SUNGLASSES; MAGNETS; THERMOME-TERS NOT FOR MEDICAL USE; COMPUTER SOFT-WARE FOR USE IN ARCADE GAMES, HAND HELD ELECTRONIC GAMES, VIDEO GAMES, COMPUTER GAMES AND COMPUTER SCREEN SAVERS; TELEPHONES; MOUSE PADS; WRIT

RESTS FOR USE WITH COMPUTERS; NEON SIGNS; CALCULATOR; RADIOS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1998; IN COMMERCE 9-0-1998.

SER. NO. 76-063,244, FILED 6-5-2000.

STEVEN JACKSON, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,539,542
Registered Feb. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
  WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

  FOR: JEWELRY BOXES NOT OF METAL,
STOOLS, CHAIRS, PILLOWS, NON-METAL LI-
CENSE PLATES, NON-METAL KEY TAGS, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-0-1999; IN COMMERCE 9-0-1999.

SER. NO. 76-063,245, FILED 6-5-2000.

STEVEN JACKSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,550,171
Registered Mar. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, APRONS, CAPS, COAT, DRESS SHIRTS, GLOVES, GOLF SHIRTS, HATS, HEADBANDS, JACKETS, MOCCASINS, NECKTIES, OVERALLS, PANTS, POLO SHIRTS, RAINWEAR, ROBES, SCARVES, SHOES, SHORTS, SLEEP WEAR, SLIPPERS, SOCKS, SUNVISORS, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, T-SHIRTS AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-1-1964; IN COMMERCE 12-1-1964.

OWNER OF U.S. REG. NOS. 1,751,115, 2,447,984 AND OTHERS.

SER. NO. 78-063,846, FILED 5-16-2001.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Int. Cls.: 6, 18, 20 and 28

Prior U.S. Cls.: 1, 2, 3, 12, 13, 14, 22, 23, 25, 32, 38, 41 and 50

Reg. No. 2,635,330

**United States Patent and Trademark Office**    Registered Oct. 15, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL PIGGY BANKS, METAL DECORA-TIVE BOXES, INGOTS OF COMMON METAL, ME-TAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS FOR LOCKS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL PARKING SIGNS, NON-LUMINOUS AND NON-MECHANICAL ME-TAL STREET SIGNS, METAL TOOL BOXES AND FREESTANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-1964; IN COMMERCE 12-1-1964.

FOR: LEATHER KEY CHAINS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-19-1997; IN COMMERCE 9-19-1997.

FOR: NON-METAL KEY CHAINS, PLASTIC KEY CHAIN TAGS, KEY FOBS NOT OF METAL, NON-METAL KEY RINGS, PLASTIC KEY RINGS, NON-METAL TOOL BOXES AND FREE-STANDING NON-METAL TOOL RACKS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-14-1997; IN COMMERCE 9-14-1997.

FOR: MINIATURE REPLICAS OF VEHICLES, AND TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 1,495,970, 1,744,567 AND OTHERS.

SER. NO. 78-063,897, FILED 5-16-2001.

SHARON ASAR, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,625,151

Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
  WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BACK PACKS, BILLFOLDS, BRIEFCASES,
BUSINESS CARD CASES, CARRY-ON BAGS, CRED-
IT CARD CASES, COIN CASES, DUFFEL BAGS,
FANNY PACKS, GARMENT BAGS FOR TRAVEL,
LUGGAGE, OVERNIGHT BAGS, PURSES, SPORTS
BAGS, TOTE BAGS, LUGGAGE TRUNKS FOR

TRAVELING, UMBRELLAS, WALLETS, IN CLASS
18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-30-1976; IN COMMERCE 9-30-1976.

OWNER OF U.S. REG. NOS. 1,708,194 AND
1,744,567.

SER. NO. 78-073,035, FILED 7-10-2001.

EDD VASQUEZ, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,683,734
Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS MADE OF PLASTIC AND WOOD, JEWEL-RY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD AND WALL MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1971; IN COMMERCE 1-1-1971.

SER. NO. 78-096,295, FILED 12-3-2001.

TRICIA SONNEBORN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,494,384
Registered June 28, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY,
TOY VEHICLES, TOY CARS, BATTERY-OPER-
ATED REMOTE AND RADIO-CONTROLLED

TOY VEHICLES, AND FRICTION POWERED
TOY VEHICLES, IN CLASS 28 (U.S. CL. 22).
FIRST USE 10–9–1984; IN COMMERCE
10–9–1984.

SER. NO. 696,747, FILED 11–23–1987.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,495,970
Registered July 12, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY, TOY VEHICLES, TOY CARS, BATTERY-OPER-ATED REMOTE AND RADIO-CONTROLLED TOY VEHICLES, FRICTION-POWERED TOY VEHICLES, AND TOY MODEL HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 2–28–1985; IN COMMERCE 2–28–1985.

OWNER OF U.S. REG. NO. 1,467,546.

SER. NO. 697,951, FILED 11–27–1987.

CORA ANN MOORHEAD, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,744,632
Registered Jan. 5, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## OLDSMOBILE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: APPAREL; NAMELY, SWEATERS, JACKETS, CAPS, HATS, SHIRTS, TIES, VISORS, BLAZERS, AND SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–30–1979; IN COMMERCE 9–30–1979.
OWNER OF U.S. REG. NOS. 39,405, 1,667,110 AND OTHERS.

SER. NO. 74–279,760, FILED 6–1–1992.

ELEANOR MELTZER, EXAMINING ATTOR-
NEY

Int. Cl.: 14

Prior U.S. Cl.: 27

## United States Patent and Trademark Office

Reg. No. 1,745,728
Registered Jan. 12, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## OLDSMOBILE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

  FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CL. 27).
  FIRST USE 9–30–1975; IN COMMERCE
9–30–1975.

OWNER OF U.S. REG. NOS. 39,405, 1,675,488
AND OTHERS.

  SER. NO. 74–280,343, FILED 6–1–1992.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,563,777

Registered Apr. 23, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PRESSURE SENSITIVE GRAPHICS FOR
APPLICATION TO AUTOMOBILES AND WIN-
DOWS, DECALS, PENS, PENCILS, CALENDARS,
PHOTOGRAPH ALBUMS, NOTE PAPER, PLAYING
CARDS, STATIONERY, IN CLASS 16 (U.S. CLS. 2, 5,
22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-1975; IN COMMERCE 9-30-1975.

OWNER OF U.S. REG. NOS. 1,660,240, 1,751,115
AND OTHERS.

SER. NO. 78-022,266, FILED 8-22-2000.

HOWARD SMIGA, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,775,430

**United States Patent and Trademark Office**   Registered Oct. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# OLDSMOBILE

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, METAL DECORATIVE BOXES, INGOTS OF COMMON METAL, METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANI-CAL METAL SIGNS, MONEY CLIPS MADE OF METAL, ORNAMENTAL REPLICAS OF VEHICLES MADE OF METAL, NON-LUMINOUS AND NON-

MECHANICAL PARKING SIGNS MADE OF ME-TAL, NON-LUMINOUS AND NON-MECHANICAL STREET SIGNS MADE OF METAL, METAL TOOL BOXES, AND WALL MOUNTED AND FREE-STANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-30-1965; IN COMMERCE 9-30-1965.

SER. NO. 78-063,904, FILED 5-16-2001.

JENNIFER MARTIN, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,736,653
Registered July 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## OLDSMOBILE

GENERAL MOTORS CORPORATION (DELA-
    WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

  FOR: BADGE HOLDERS MADE OF PLASTIC,
BEDS, CHAIRS, NON-METAL CLAMPS, DESK OR-
NAMENTS MADE OF BONE, IVORY, PLASTER,
PLASTIC, WAX AND WOOD, NON-METAL JEW-
ELRY BOXES, NON-METAL KEY CHAINS, NON-
METAL KEY FOBS, NON-METAL KEY HOLDERS,
NON-METAL KEY RINGS, NON-METAL KEY
TAGS, NON-METAL LICENSE PLATES, MIRRORS,
NON-METAL MONEY CLIPS, NAME BADGES

MADE OF PLASTIC, NAMEPLATES MADE OF
PLASTIC, PICTURE FRAMES, PILLOWS, PLAQUES,
PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT
CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22,
25, 32 AND 50).

  FIRST USE 9-30-1979; IN COMMERCE 9-30-1979.

  OWNER OF U.S. REG. NOS. 39,405, 1,667,110, AND
1,747,163.

  SER. NO. 78-073,056, FILED 7-10-2001.

ELISSA GARBER KON, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,734,723**

Registered July 8, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS; BEDS; CHAIRS; NON-METAL CLAMPS; DESK ORNAMENTS MADE OF PLASTIC, WOOD, GLASS, PORCELAIN OR CRYSTAL; JEWELRY BOXES NOT OF METAL; NON-METAL KEY CHAINS; NON-METAL KEY FOBS; NON-METAL KEY HOLDERS; NON-METAL KEY RINGS; NON-METAL KEY TAGS; NON-METAL LICENSE PLATES; HANDHELD AND FURNITURE MIRRORS; NON-METAL MONEY CLIPS; PLASTIC NAME BADGES; NON-METAL NAMEPLATES; PICTURE FRAMES; PILLOWS; PLAQUES; PLASTIC FLAGS; PLASTIC STORAGE BINS; SEAT CUSHIONS; STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1973; IN COMMERCE 1-1-1973.

SER. NO. 78-096,423, FILED 12-4-2001.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,777,839**

Registered Oct. 28, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC HOLDERS FOR BADGES; BEDS; CHAIRS; NON-METAL CLAMPS; DESK OR-NAMENTS MADE OF PLASTIC AND WOOD; JEW-ELRY BOXES NOT OF METAL; NON-METAL KEY CHAINS; NON-METAL KEY FOBS; NON-METAL KEY HOLDERS; NON-METAL KEY CHAINS; NON-METAL KEY TAGS; NON-METAL LICENSE PLATES; MIRRORS; NON-METAL KEY RINGS; NON-METAL NAMEPLATES; PICTURES FRAMES; PILLOWS; PLAQUES; PLASTIC FLATS; PLASTIC STORAGE BINS; SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1977; IN COMMERCE 1-1-1977.

OWNER OF U.S. REG. NOS. 1,034,465, 1,822,801 AND OTHERS.

SER. NO. 78-096,448, FILED 12-4-2001.

HOWARD SMIGA, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# 442

**Reg. No. 4,286,315**
**Registered Feb. 5, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: UPHOLSTERY FOR MOTOR LAND VEHICLES; EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-18-2000; IN COMMERCE 5-18-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,125, FILED 8-9-2012.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# 442

**Reg. No. 4,286,316**
**Registered Feb. 5, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,131, FILED 8-9-2012.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,334,451**
**Registered May 14, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: EXTERIOR AND INTERIOR BADGES FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

THE MARK CONSISTS OF THE IMAGE OF A BIRD WITH ITS WINGS SPREAD.

SER. NO. 85-731,392, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,334,454**

**Registered May 14, 2013**

**Int. Cl.: 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

THE MARK CONSISTS OF THE IMAGE OF A BIRD WITH ITS WINGS SPREAD.

SER. NO. 85-731,401, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,338,289**

**Registered May 21, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: WHEEL COVER CENTER CAPS; EXTERIOR AND INTERIOR BADGES FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

OWNER OF U.S. REG. NO. 2,734,723.

THE MARK CONSISTS OF THE IMAGE OF A BIRD WITH ITS WINGS SPREAD.

SER. NO. 85-731,483, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,338,290**

**Registered May 21, 2013**

**Int. Cl.: 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NO. 2,734,723.

THE MARK CONSISTS OF THE IMAGE OF A BIRD WITH ITS WINGS SPREAD.

SER. NO. 85-731,493, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,338,292**

**Registered May 21, 2013**

**Int. Cl.: 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NO. 2,734,723.

THE MARK CONSISTS OF THE IMAGE OF A BIRD WITH ITS WINGS SPREAD.

SER. NO. 85-731,526, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,338,293**

**Registered May 21, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: WHEEL COVER CENTER CAPS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-23-2000; IN COMMERCE 6-23-2000.

THE MARK CONSISTS OF THE IMAGE OF A BIRD WITH ITS WINGS SPREAD.

SER. NO. 85-731,547, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,338,294**
**Registered May 21, 2013**

**Int. Cl.: 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NO. 2,734,723.

THE MARK CONSISTS OF THE IMAGE OF A BIRD WITH ITS WINGS SPREAD.

SER. NO. 85-731,557, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 7

Prior U.S. Cl.: 23

Reg. No. 310,672

**United States Patent and Trademark Office**

Registered Mar. 6, 1934

10 Year Renewal

Renewal Term Begins Mar. 6, 1994

## TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD DETROIT, MI 48202, ASSIGNEE OF A C SPARK PLUG COMPANY (MICHIGAN CORPORATION) FLINT, MI

OWNER OF U.S. REG. NOS. 204,709 AND 258,289.

FOR: ACCESSORY DEVICES USED WITH INTERNAL COMBUSTION ENGINES—NAMELY, FUEL PUMPS, COMBINED FUEL AND VACUUM PUMPS, [VACUUM PUMPS], AIR CLEANERS, COMBINED AIR CLEANERS AND INTAKE SILENCERS, [COMBINED AIR CLEANERS AND FLAME ARRESTERS, INTAKE SILENCERS,] AUTOMATIC CHOKES, CRANK CASE BREATHERS, LUBRICATING OIL FILTERS, GASOLENE FILLERS, SPARK PLUG CLEANERS AND ABRASIVE COMPOUND FOR USE THEREWITH, AND REPAIR AND REPLACEMENT PARTS OF SUCH DEVICES, IN CLASS 23 (INT. CL. 7).

FIRST USE 2–15–1925; IN COMMERCE 2–15–1925.

SER. NO. 71–343,105, FILED 11–1–1933.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 28, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 7 and 9

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 311,173
Registered Mar. 13, 1934
Renewal Term Begins Mar. 13, 1994

## TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202, ASSIGNEE OF A C SPARK PLUG COMPANY (MICHIGAN CORPORATION) FLINT, MI

OWNER OF U.S. REG. NOS. 85,073, 115,160 AND 282,699.

FOR: SPARK PLUGS AND SPARK PLUG PORCELAINS, RADIO SPARK PLUGS, AND RESISTORS FOR PREVENTING IGNITION SYSTEMS FROM INTERFERING WITH RADIO APPARATUS, IN CLASS 21 (INT. CLS. 7 AND 9).
FIRST USE 0–0–1912; IN COMMERCE 0–0–1912.

SER. NO. 71–343,106, FILED 11–1–1933.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 3, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 311,656
Registered Apr. 3, 1934
Renewal Term Begins Apr. 3, 1994

## TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202, ASSIGNEE OF A C SPARK PLUG COMPANY (MICHIGAN CORPORATION) FLINT, MI

OWNER OF U.S. REG. NOS. 176,630 AND 257,686.

FOR: SPEEDOMETERS, TACHOMETERS, FILM-SPEED INDICATORS,

AMMETERS, PRESSURE-OPERATED GAUGES, TEMPERATURE INDICATORS, LIQUID-LEVEL INDICATORS, REVOLUTION AND LIKE COUNTERS, ODOMETERS, SPEEDOMETER DRIVING MECHANISM AND PARTS THEREOF, AND SPARK-PLUG-TESTING DEVICES, IN CLASS 26 (INT. CL. 9).

FIRST USE 4-0-1919; IN COMMERCE 4-0-1919.

SER. NO. 71-343,107, FILED 11-1-1933.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 28, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**833,566**
Registered Aug. 15, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 267,296, filed Mar. 22, 1967

## DEXRON

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: AUTOMATIC TRANSMISSION FLUID, in CLASS 15.
First use Mar. 10, 1967; in commerce Mar. 10, 1967.

W. A. CONN, *Examiner.*

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, and 35

**United States Patent and Trademark Office**

Reg. No. 2,010,805

Registered Oct. 22, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## RAPID FIRE

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

   FOR: SPARK PLUGS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4–26–1995; IN COMMERCE 4–26–1995.

   SN 74–593,220, FILED 10–31–1994.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26, and 46

**United States Patent and Trademark Office**

Reg. No. 2,044,503

Registered Mar. 11, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## DEX-COOL

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: ANTIFREEZE AND COOLANT FOR MOTOR VEHICLES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 1–19–1996; IN COMMERCE 1–19–1996.

SN 74–629,932, FILED 2–6–1995.

WILLIAM P. SHANAHAN, EXAMINING AT-TORNEY

Int. Cls.: 6, 7, 9 and 12

Prior U.S. Cls.: 2, 12, 13, 14, 19, 21, 23, 25, 26, 31, 34, 35, 36, 38, 44 and 50

Reg. No. 2,052,593

## United States Patent and Trademark Office

Registered Apr. 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## AC-DELCO

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: RADIATOR CAPS, OIL FILLER CAPS, FUEL FILLER CAPS AND IGNITION CABLE ALL OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9–30–1974; IN COMMERCE 9–30–1974.

FOR: LAND VEHICLE ENGINE PARTS; LAND VEHICLE ENGINE GENERATORS, AL-TERNATORS AND STARTING MOTORS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 9–30–1974; IN COMMERCE 9–30–1974.

FOR: BATTERIES, SPEEDOMETERS, ODOM-ETERS, ELECTRICAL SWITCHES, TACHOM-ETERS, THERMOSTATS, MICROPROCESSORS AND SENSORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9–30–1974; IN COMMERCE 9–30–1974.

FOR: SUSPENSION COMPONENTS, NAMELY, SHOCK ABSORBERS, SPRINGS, STRUTS, BRAKES AND BRAKE COMPO-NENTS, NAMELY, DISKS, PADS, DRUMS, ROTORS CALIPERS, MASTER CYLINDERS AND POWER UNITS, ENGINES, TRANSMIS-SIONS, AXLES AND HORNS, ALL FOR USE IN LAND MOTOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9–30–1974; IN COMMERCE 9–30–1974.

SER. NO. 75–097,805, FILED 5–2–1996.

MATTHEW KLINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,216,695

**United States Patent and Trademark Office**

Registered Jan. 5, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## AUTOTRAC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TRANSMISSIONS FOR MOTOR VEHI-
CLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35
AND 44).

FIRST USE 7-0-1997; IN COMMERCE
7-0-1997.

SN 75-238,979, FILED 2-10-1997.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 4

Prior U.S. Cls.: 1, 6, and 15

**United States Patent and Trademark Office**

Reg. No. 2,457,659
Registered June 5, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## TRANSYND

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TRANSMISSION FLUID, IN CLASS 4 (U.S.
CLS. 1, 6 AND 15).

FIRST USE 7-2-1999; IN COMMERCE 7-2-1999.

SN 75-426,798, FILED 2-2-1998.

KELLY L. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 4

Prior U.S. Cls.: 1, 6, and 15

**United States Patent and Trademark Office**

Reg. No. 3,532,106

Registered Nov. 11, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# DEXRON

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)

300 RENAISSANCE CENTER, P.O. BOX 300

DETROIT, MI 482653000

FOR: GEAR OIL, IN CLASS 4 (U.S. CLS. 1, 6 AND
15).

FIRST USE 11-29-2007; IN COMMERCE 11-29-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 833,566.

SN 77-295,940, FILED 10-4-2007.

STEVEN PEREZ, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# DEXOS

**Reg. No. 3,929,002**
**Registered Mar. 8, 2011**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 4**

FOR: ENGINE OIL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 11-1-2010; IN COMMERCE 11-1-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-619,245, FILED 11-21-2008.

GINA FINK, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,727,122

Registered June 17, 2003

## TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BADGE HOLDERS MADE OF PLASTIC, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNAMENTS MADE OF BONE, IVORY, PLASTER, PLASTIC, WAX AND WOOD, NON-METAL JEWELRY BOXES, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, MIRRORS,

NON-METAL MONEY CLIPS, NAME BADGES MADE OF PLASTIC, NAMEPLATES MADE OF PLASTIC, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-15-1994; IN COMMERCE 9-15-1994.

SER. NO. 78-073,055, FILED 7-10-2001.

ELISSA GARBER KON, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# DELCO REMY

**Reg. No. 4,189,148**
**Registered Aug. 14, 2012**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 7**

FOR: STARTER MOTORS AND GENERATORS FOR LAND VEHICLES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

**TRADEMARK**

FIRST USE 1-1-1927; IN COMMERCE 1-1-1927.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 180,358 AND 327,515.

SER. NO. 85-355,144, FILED 6-24-2011.

H. M. FISHER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,331,923**
**Registered May 7, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: EXTERIOR BADGES FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-12-2009; IN COMMERCE 11-12-2009.

THE MARK CONSISTS OF A ROCKET DESIGN WITH THE NUMBER 88.

SER. NO. 85-729,347, FILED 9-14-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

The United States Patent and Trademark Office (USPTO) will **NOT** send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Page: 2 / RN # 4,331,923

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,334,441**

**Registered May 14, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: EXTERIOR BADGES FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 11-12-2009; IN COMMERCE 11-12-2009.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE NUMBER "88" AND A ROCKET DESIGN.

SER. NO. 85-731,276, FILED 9-18-2012.

RONALD MCMORROW, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# DEXCOOL

**Reg. No. 6,725,091**

**Registered May 24, 2022**

**Int. Cl.: 1**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 1: Antifreeze and coolant for motor vehicles

FIRST USE 11-18-2013; IN COMMERCE 11-18-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-958,535, FILED 06-12-2018



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# DELCO

**Reg. No. 6,883,181**

**Registered Oct. 25, 2022**

**Int. Cl.: 9, 16**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 9: Plastic covers for motor vehicle batteries

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000

CLASS 16: Decals

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-887,370, FILED 08-17-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 4**

**Prior U.S. Cls.: 1, 6 and 15**

Reg. No. 2,440,149

**United States Patent and Trademark Office**

Registered Apr. 3, 2001

## TRADEMARK
### PRINCIPAL REGISTER

**ACDelco**

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOTIVE LUBRICANTS; AUTOMO-
TIVE GREASES; TRANSMISSION FLUID; MOTOR
OIL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 180,358, 2,052,593 AND
OTHERS.

SER. NO. 75-764,979, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cls.: 7 and 12

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34, 35 and 44

Reg. No. 2,426,384

**United States Patent and Trademark Office**    Registered Feb. 6, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: RADIATOR CAPS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 11–1–1995; IN COMMERCE 11–1–1995.

FOR: FUEL FILLER CAPS; OIL FILLER CAPS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).
FIRST USE 11–1–1995; IN COMMERCE 11–1–1995.
OWNER OF U.S. REG. NOS. 180,358, 2,052,593 AND OTHERS.

SER. NO. 75–764,981, FILED 8–2–1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26 and 46

## United States Patent and Trademark Office

Reg. No. 2,440,150
Registered Apr. 3, 2001

## TRADEMARK
### PRINCIPAL REGISTER

# *ACDelco*

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: ANTIFREEZE; AUTOMOBILE TIRE INFLA-
TOR SEALERS; AUTOMOBILE COOLING SYSTEM
RUST INHIBITORS; AUTOMOBILE COOLING SYS-
TEM LEAK SEALANTS; AUTOMOBILE GASKET
CEMENT; BRAKE FLUID; COOLANTS FOR VEHI-
CLE ENGINES; POWER STEERING FLUID, IN
CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 180,358, 2,052,593 AND
OTHERS.

SER. NO. 75-764,992, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**Reg. No. 2,445,737**

## United States Patent and Trademark Office

Registered Apr. 24, 2001

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOTIVE PARTS, COMPONENTS
AND ACCESSORIES FOR LAND VEHICLES, NAME-
LY, AXLES, AXLE BEARINGS, AXLE SHAFTS,
WHEEL BEARINGS; BRAKES FOR LAND VEHI-
CLES AND BRAKE COMPONENTS FOR LAND
VEHICLES, NAMELY, BRAKE DISKS, BRAKE
PADS, BRAKE DRUMS, BRAKE ROTORS, BRAKE
CALIPERS, BRAKE MASTER CYLINDERS, BRAKE
LINING, DRIVE GEARS AND POWER UNITS;
VEHICLE PARTS, NAMELY WINDSHIELD WI-
PERS, WINDSHIELD WIPER ARMS AND WIPER
BLADES, CYLINDER HEADS; PARTS FOR LAND
VEHICLES, NAMELY, ENGINE BLOCKS, ENGINES;
FUEL TANKS FOR VEHICLES; SIDE-VIEW AND
REARVIEW MIRRORS FOR VEHICLES; CONNECT-
ING RODS FOR LAND VEHICLE ENGINES; TOR-
QUE CONVERTERS FOR LAND VEHICLES;
CLUTCHES FOR LAND VEHICLES; LAND VEHI-
CLE PARTS, NAMELY AUTOMOBILE BUMPERS,

AUTOMOBILE BODY MOLDINGS, VEHICLE FEN-
DERS, VEHICLE QUARTER PANELS, VEHICLE
HOODS, VEHICLE DECK LIDS, VEHICLE RADIA-
TOR GRILLS; SUSPENSION SYSTEM COMPO-
NENTS FOR LAND VEHICLES, NAMELY, SHOCK
ABSORBERS, COIL SPRINGS, STRUTS; TRANSMIS-
SIONS; VEHICLE HORNS; SEAT BELTS FOR VEHI-
CLES; DIRECTIONAL SIGNALS FOR VEHICLES;
STEERING COMPONENTS FOR LAND VEHICLES,
NAMELY, STEERING WHEEL, POWER STEERING
PUMPS, POWER STEERING GEARBOXES; HUB
CAPS; LAND VEHICLE PARTS, NAMELY WHEELS
AND COIL SPRINGS, IN CLASS 12 (U.S. CLS. 19, 21,
23, 31, 35 AND 44).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 354,888, 2,052,593 AND
OTHERS.

SER. NO. 75-764,994, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

**United States Patent and Trademark Office**

Reg. No. 2,445,738
Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOTIVE PARTS, COMPONENTS
AND ACCESSORIES NAMELY NON-METAL GAS-
KETS FOR VEHICLES, NON-METAL HOSES FOR
VEHICLES, AND NON-METAL SEALS FOR VEHI-
CLES, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 1,721,627, 2,052,593
AND OTHERS.

SER. NO. 75-764,995, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

Reg. No. 2,399,723

**United States Patent and Trademark Office**    Registered Oct. 31, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOTIVE PARTS, COMPONENTS AND ACCESSORIES, NAMELY, AIR CONDITIONERS, AIR CONDITIONING EVAPORATOR CORES, AIR CONDITIONING MOTORS, AIR CONDITIONING HEATER CORES; VEHICLE HEADLIGHTS; VEHICLE TAIL-LIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 11–1–1995; IN COMMERCE 11–1–1995.

OWNER OF U.S. REG. NOS. 1,721,627, 1,734,545, AND 1,739,592.

SER. NO. 75–764,996, FILED 8–2–1999.

STEVEN BERK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,445,739

## United States Patent and Trademark Office

Registered Apr. 24, 2001

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOTIVE PARTS, AUTOMOTIVE
COMPONENTS AND AUTOMOTIVE ACCESSOR-
IES, NAMELY, ELECTRIC IGNITION SWITCHES;
ELECTRIC AIR BAG SWITCHES; ELECTRICAL
SWITCHES; BATTERIES; REMANUFACTURED
SOUND SYSTEMS CONSISTING OF RADIOS,
SOUND AMPLIFIERS, AUDIO SPEAKERS, CAS-
SETTE DECKS FOR AUTOMOBILES, COMPACT
DISC PLAYERS FOR AUTOMOBILES; REMANU-
FACTURED CELLULAR TELEPHONES; THERMO-
STATS; METERS FOR AUTOMOBILES, NAMELY,
SPEEDOMETERS, AEROMETERS, ACCELEROM-
ETERS, AMMETERS, VOLTMETERS, ODOMETERS,
TACHOMETERS; PRESSURE GAUGES, NAMELY,
FUEL GAUGES, BOOST GAUGES, FUEL PRES-

SURES GAUGES, OIL PRESSURE GAUGES, OIL
TEMPERATURE GAUGES, VACUUM GAUGES,
WATER TEMPERATURE GAUGES AND VOLTME-
TER GAUGES; CONDENSERS; ELECTRICAL WIRE
SETS COMPRISED OF ELECTRICAL CABLE, ELEC-
TRICAL CONNECTORS, AND VOLTAGE REGULA-
TORS; ELECTRICAL CIGARETTE LIGHTER
ADAPTERS FOR LAND VEHICLES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 1,721,627, 1,739,592
AND OTHERS.

SER. NO. 75-764,997, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,445,740

Registered Apr. 24, 2001

**TRADEMARK**
**PRINCIPAL REGISTER**



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOBILE PARTS, COMPONENTS AND ACCESSORIES, ALTERNATORS FOR LAND VEHICLES, STARTING MOTORS FOR AUTOMOBILES, COOLING RADIATORS FOR MOTORS AND VEHICLES, RADIATOR FANS FOR VEHICLE ENGINES, AIR COMPRESSORS FOR VEHICLES, CATALYTIC CONVERTERS FOR MOTORS AND ENGINES; FUEL INJECTORS; VEHICLE PARTS, NAMELY, CARBURETORS, ENGINE OR MOTOR EXHAUST MUFFLERS; EXHAUST MANIFOLDS FOR ENGINES, AUTOMOBILE EXHAUST SYSTEM RESONATORS; AUTOMOTIVE FLYWHEELS; FUEL PUMPS FOR LAND VEHICLES; WATER PUMPS FOR USE IN MOTORS AND ENGINES; SPARK PLUGS; EMISSION REDUCTION UNITS FOR MOTORS AND ENGINES, NAMELY PCV VALVES; ENGINE VALVES AND VALVE LIFTERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 354,888, 2,052,593 AND OTHERS.

SER. NO. 75-764,998, FILED 8-2-1999.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,111,630

Registered July 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
 WARE CORPORATION)
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: COMPUTER SOFTWARE FOR USE IN THE
SERVICE, REPAIR AND MAINTENANCE OF AU-
TOMOBILES AND THE IDENTIFICATION AND
ORDERING OF AUTOMOBILE PARTS , IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2000; IN COMMERCE 8-0-2000.

OWNER OF U.S. REG. NOS. 2,052,593, 2,440,149
AND OTHERS.

SER. NO. 78-623,761, FILED 5-5-2005.

JAMES GRIFFIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

**ACDelco**

**Reg. No. 5,157,151**

**Registered Mar. 07, 2017**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MI 482653000

CLASS 36: Providing extended warranty services, namely, vehicle service contracts for the repair of motor vehicles

FIRST USE 3-7-2016; IN COMMERCE 3-7-2016

The mark consists of the wording "ACDELCO" in a stylized font with a slash underneath the wording.

SER. NO. 86-800,611, FILED 10-27-2015
DOMINIC J FERRAIUOLO, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 26 and 36

## United States Patent and Trademark Office

Reg. No. 1,739,592
Registered Dec. 15, 1992

### TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: COMPACT DISC PLAYERS, MULTIPLE
DISC CHANGERS, RADIO RECEIVERS,
AUDIO CASSETTE PLAYERS, AMPLIFIERS,
TWEETERS, AND LOUDSPEAKERS FOR

MOTOR VEHICLES, IN CLASS 9 (U.S. CLS. 21,
26 AND 36).
FIRST USE 8–1–1979; IN COMMERCE
8–1–1979.
OWNER OF U.S. REG. NOS. 180,358, 354,888
AND OTHERS.

SER. NO. 74–250,839, FILED 3–2–1992.

SASHA CARTER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,945,278**

**Registered Apr. 12, 2011**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 4**

FOR: ENGINE OIL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 11-1-2010; IN COMMERCE 11-1-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A SQUARE CONTAINING A SWIRLING DESIGN AND THE NUMBER "1" IN THE LOWER RIGHT CORNER OF THE SQUARE NEXT TO THE WORD "DEXOS".

SN 77-827,650, FILED 9-16-2009.

ALLISON SCHRODY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,471,526**
**Registered Jan. 21, 2014**

**Int. Cl.: 1**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: TRANSMISSION FLUID, POWER STEERING FLUID, HYDRAULIC FLUID, TRACTION DRIVE FLUID, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 5-25-2011; IN COMMERCE 5-25-2011.

OWNER OF U.S. REG. NOS. 833,566 AND 3,532,106.

THE MARK CONSISTS OF THE WORDS "DEXRON APPROVED" AND A DROPLET ABOVE THE "X" IN "DEXRON".

SN 85-581,943, FILED 3-28-2012.

KATHRYN COWARD, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,653,624
Registered Dec. 9, 2014

Int. Cl.: 4

TRADEMARK

PRINCIPAL REGISTER

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: ENGINE OIL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 12-13-2013; IN COMMERCE 12-13-2013.

OWNER OF U.S. REG. NOS. 790,140 AND 3,945,278.

THE MARK CONSISTS OF A SQUARE CONTAINING A SWIRLING DESIGN AND THE NUMBER "2" IN THE LOWER RIGHT CORNER OF THE SQUARE NEXT TO THE WORD "DEXOS".

SN 85-896,087, FILED 4-5-2013.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,751,569**

**Registered May 14, 2019**

**Int. Cl.: 4**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 4: Engine oil

FIRST USE 1-1-2017; IN COMMERCE 1-1-2017

The mark consists of the words "DEXOS APPROVED" in a stylized font.

SER. NO. 86-772,184, FILED 09-29-2015



Director of the United States
Patent and Trademark Office

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Renewal

Reg. No. 861,602
Registered Dec. 10, 1968
OG Date May 2, 1989

## TRADEMARK
## PRINCIPAL REGISTER

## GM

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
P.O. BOX 33122
3031 W. GRAND BLVD.
DETROIT, MI 48232

OWNER OF U.S. REG. NOS. 314,824, 636,392 AND OTHERS.

FOR: AUTOMOBILES, MOTOR TRUCKS, TRUCK TRACTORS, BUSES, AND PARTS THEREOF, IN CLASS 19 (INT. CL. 12).

FIRST USE 9–15–1933; IN COMMERCE 9–15–1933.

SER. NO. 295,402, FILED 4–11–1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 2, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**861,602**
Registered Dec. 10, 1968

## PRINCIPAL REGISTER
Trademark

Ser. No. 295,402, filed Apr. 11, 1968

## GM

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: AUTOMOBILES, MOTOR TRUCKS, TRUCK TRACTORS, BUSES, AND PARTS THEREOF, in CLASS 19 (INT. CL. 12).

First use on or before Sept. 15, 1933; in commerce on or before Sept. 15, 1933.

Owner of Reg. Nos. 314,824, 636,392, and others.

C. A. MARLOW, *Examiner.*

Int. Cls.: 6, 7, 9, 12 and 17

Prior U.S. Cls.: 19, 21, 23, 25, 26, 31 and 35

Reg. No. 1,223,115

**United States Patent and Trademark Office**

Registered Jan. 11, 1983

## TRADEMARK
### Principal Register

# GENERAL MOTORS

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: AUTOMOBILES, TRUCK AND BUS PARTS—NAMELY, LOCKS AND KEYS, in CLASS 6 (U.S. Cl. 25).

First use 1930; in commerce 1930.

For: AUTOMOBILE, TRUCK AND BUS PARTS—NAMELY, CRANKSHAFTS, CRANKSHAFT BEARINGS, PISTONS, PISTON RINGS, CONNECTING RODS, CONNECTING ROD BEARINGS, CARBURETORS AND DISTRIBUTORS, CAMSHAFTS AND CAMSHAFT BEARINGS AND GENERATORS, in CLASS 7 (U.S. Cl. 23).

First use 1930; in commerce 1930.

For: AUTOMOBILE, TRUCK AND BUS PARTS—NAMELY, ELECTRIC THERMOSTATS, TACHOMETERS, FUEL AND TEMPERATURE GAUGES, ELECTRIC DEFOGGERS, VOLTMETERS AND ELECTRIC CIGAR LIGHTERS, SPEEDOMETERS, in CLASS 9 (U.S. Cls. 21 and 26).

First use 1930; in commerce 1930.

For: AUTOMOBILE, TRUCK AND BUS PARTS—NAMELY, INTERNAL COMBUSTION ENGINES AND PARTS THEREOF—NAMELY, CYLINDER BLOCKS, CYLINDER HEADS, MANIFOLDS, VALVES, VALVE LIFTERS, WATER PUMPS, FUEL PUMPS, OIL PUMPS, STARTER MOTORS, CRANKING MOTORS, FLYWHEELS, AIR CLEANERS, OIL FILTERS, RADIATORS, FANS, FUEL TANKS, EXHAUST PIPES, MUFFLERS, CATALYTIC CONVERTERS, BUMPERS, GRILLES, HOODS, FENDERS, DOOR PANELS, MANUAL AND POWER STEERING UNITS, STEERING WHEELS AND COLUMNS, SHOCK ABSORBERS, SPRINGS, TIE RODS, BALL JOINTS, WHEELS, WHEEL COVERS, MANUAL AND POWER BRAKES, BRAKE PUMPS, BRAKE SHOES, BRAKE DRUMS, BRAKE LININGS, MANUAL AND AUTOMATIC TRANSMISSIONS, CLUTCHES, DRIVE AXLES, INSTRUMENT PANELS, SEAT BELTS, WINDSHIELD WIPERS AND BLADES, WINDSHIELD WASHERS, CAR SEATS, in CLASS 12 (U.S. Cls. 19, 23 and 31).

First use 1930; in commerce 1930.

For: AUTOMOBILE, TRUCK AND BUS PARTS—NAMELY, NON-METALLIC GASKETS, ACCESSORY DRIVE BELTS AND HOSES, in CLASS 17 (U.S. Cl. 35).

First use 1930; in commerce 1930.

No claim is made to the exclusive right to use "Motors", apart from the mark as shown.

Ser. No. 336,617, filed Nov. 12, 1981.

SIDNEY I. MOSKOWITZ, Examining Attorney

Int. Cl.: 11

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

Reg. No. 1,342,435
Registered June 18, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## GUIDE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: ELECTRIC LAMPS FOR AUTOMO-
BILES, TRUCKS TRACTORS AND BUSES, IN
CLASS 11 (U.S. CL. 21).

FIRST USE 1–27–1925; IN COMMERCE
1–27–1925.
OWNER OF U.S. REG. NOS. 194,519, 701,712
AND OTHERS.

SER. NO. 509,406, FILED 11–19–1984.

STEVEN R. FINE, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cl.: 19**

# United States Patent and Trademark Office

Reg. No. 1,633,965
Registered Feb. 5, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## DURAGUARD

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: OIL FILTERS FOR AUTOMOTIVE EN-
GINES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 9–27–1988; IN COMMERCE
9–27–1988.

SER. NO. 74–039,062, FILED 3–16–1990.

STEPHEN JANOSKI, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# DURALIFE

**Reg. No. 4,552,244**
**Registered June 17, 2014**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: BRAKE ROTORS FOR MOTOR LAND PASSENGER VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 1-31-2013; IN COMMERCE 1-31-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-614,269, FILED 5-2-2012.

KATHRYN COWARD, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# DURAMAX

**Reg. No. 5,367,502**

**Registered Jan. 02, 2018**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 20: Non-metal novelty license plates

FIRST USE 3-31-2004; IN COMMERCE 3-31-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-169,731, FILED 09-13-2016



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# DURAMAX

**Reg. No. 6,775,114**

**Registered Jun. 28, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 25: Hats

FIRST USE 7-9-2020; IN COMMERCE 7-9-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-961,533, FILED 06-14-2018



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

Reg. No. 3,252,846

**United States Patent and Trademark Office**      Registered June 19, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## VORTEC

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: ENGINES FOR LAND VEHICLES, IN CLASS
12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1986.

SER. NO. 78-042,695, FILED 1-11-2001.

HOWARD SMIGA, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# TECH 2

**Reg. No. 4,572,442**

**Registered July 22, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MOTOR VEHICLE DIAGNOSTIC COMPUTERS AND PARTS THEREOF INCLUDING MEMORY CARDS; PLUG IN ELECTRONIC DEVICE FOR VEHICLE DIAGNOSTIC TESTING; ELECTRONIC DATA RECORDERS FOR USE WITH MOTOR VEHICLE COMPUTER SYSTEMS; COMPUTERS, COMPUTER MONITORS, PRINTERS, MODEMS, COMPUTER PROGRAMS FOR READING, DIAGNOSING AND ANALYZING VEHICLE PARTS AND VEHICLE SYSTEM OPERATIONS; VEHICLE BASED ELECTRONIC MODULES FOR TRANSMITTING DIAGNOSTIC INFORMATION AND VEHICLE OPERATIONAL STATUS; ELECTRONIC DEVICE TO READ ENGINE EMISSIONS; SOFTWARE FOR MOTOR VEHICLE DIAGNOSTIC APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-1995; IN COMMERCE 3-31-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,016,386.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TECH", APART FROM THE MARK AS SHOWN.

SER. NO. 86-167,311, FILED 1-16-2014.

TASHIA BUNCH, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# TUSCAN

**Reg. No. 5,151,745**

**Registered Feb. 28, 2017**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MI 482653000

CLASS 12: Option package for a motor vehicle comprising 20-inch 10-spoke two-toned painted wheels, bronze mesh grill and premium exterior paint sold as a unit as a feature of an automobile

FIRST USE 6-22-2015; IN COMMERCE 6-22-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-557,202, FILED 03-09-2015
JOHN M GARTNER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# GUIDEX

**Reg. No. 6,439,852**

**Registered Aug. 03, 2021**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 11: lenses for vehicle lights

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-301,521, FILED 11-05-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Int. Cl.: 9

Prior U.S. Cl.: 21

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 271,167

Registered May 27, 1930

Renewal Approved July 3, 1990

## TRADEMARK
## PRINCIPAL REGISTER



# DELTA
# CHI

GENERAL MOTORS CORPORATION
(DELAWARE CORPORATION)
3044 WEST GRAND BLVD.
DETROIT, MI 48202

FOR: RADIO RECEIVING SETS AND PARTS THEREOF, IN CLASS 21 (INT. CL. 9).

FIRST USE 11–20–1929; IN COMMERCE 11–20–1929.

SER. NO. 71–295,258, FILED 1–27–1930.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 14, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered May 27, 1930

**Trade-Mark 271,167**

# UNITED STATES PATENT OFFICE

### GENERAL MOTORS CORPORATION, OF DETROIT, MICHIGAN

#### ACT OF FEBRUARY 20, 1905

Application filed January 27, 1930. Serial No. 295,258.



## STATEMENT

*To the Commissioner of Patents:*

General Motors Corporation, a corporation duly organized under the laws of the State of Delaware, and having its office and principal place of business in the General Motors Building, West Grand Boulevard and Cass Avenue, Detroit, Michigan, has adopted and used the trade-mark shown on the accompanying drawing, and consisting of the letters "GM." for RADIO RECEIVING SETS AND PARTS THEREOF, in Class No. 21, Electrical apparatus, machines, and supplies, and it presents herewith five specimens showing the trade mark as actually used upon the goods and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade mark has been continuously used on said goods by the applicant since November 20, 1929.

The trade mark is applied or affixed to the goods by affixing a label or plate upon which the trade mark appears directly to the goods.

And the said General Motors Corporation does hereby appoint Blackmore, Spencer and Flint (a firm composed of Lloyd Blackmore, Louis M. Spencer and Ralph N. Flint), General Motors Building, Detroit, Michigan, registration No. 11183, its attorneys to prosecute this application for registration, with full power of association, substitution and revocation, to make alterations and amendments therein, to receive the registration, and to transact all business in the Patent Office connected therewith.

[L. S.]
    **GENERAL MOTORS CORPORATION,**
    By **THOMAS S. MERRILL,**
        *Secretary.*

**Registered July 10, 1934**

**Trade-Mark 314,824**

# UNITED STATES PATENT OFFICE

General Motors Corporation, Detroit, Mich.

Act of February 20, 1905

Application February 28, 1934, Serial No. 347,975



## STATEMENT

*To the Commissioner of Patents:*

General Motors Corporation, a corporation duly organized under the laws of the State of Delaware and having its office and principal place of business in the General Motors Building, West Grand Boulevard and Cass Avenue, Detroit, Michigan, has adopted and used the trade-mark shown on the accompanying drawing, and consisting in the letters "GM", for REPAIR AND REPLACEMENT PARTS OF MOTOR DRIVEN V E H I C L E S— NAMELY, BRAKE D R U M S, BRAKE SHOES, BRAKE RODS, BRAKE APPLYING CAMS, B R A K E CABLE HOUSING, BUMPERS A N D PARTS THEREOF, FENDERS, FRONT AXLES, HUB C A P S, BODY SUPPORTING SPRINGS, SPRING LEAVES, S T E E R I N G KNUCKLES, STEERING KNUCKLE ARMS, KING PINS, STEERING SHAFT ARMS, AND WHEEL HUBS—in Class No. 19, Vehicles, not including engines; and it presents herewith five photographs showing the trade-mark as actually used by the applicant upon its goods, and requests that the same may be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade-mark has been continuously used and applied to its said goods by the applicant in connection with its business since September 15th, 1933.

The trade-mark is applied or affixed to the goods by forging, embossing, casting or stamping the same directly upon the goods, or by placing a printed label on which the trade-mark appears upon the goods or upon packages containing the same.

And the said General Motors Corporation does hereby appoint Blackmore, Spencer & Flint (a firm composed of Lloyd Blackmore, Louis M. Spencer and Ralph N. Flint), General Motors Building, Detroit, Michigan, registration No. 11183, its attorneys, to prosecute this application for registration, with full power of association, substitution and revocation, to make alterations and amendments therein, to receive the registration, and to transact all business in the Patent Office connected therewith.

GENERAL MOTORS CORPORATION,
By T. S. MERRILL,
*Secretary*

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 314,824

Registered July 10, 1934

Renewal Term Begins July 10, 1994

## TRADEMARK
## PRINCIPAL REGISTER

# GM

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: REPAIR AND REPLACEMENT PARTS OF MOTOR DRIVEN VEHI-CLES—NAMELY, BRAKE DRUMS, BRAKE SHOES, BRAKE RODS, BRAKE APPLYING CAMS, BRAKE CABLE HOUSING, BUMPERS AND PARTS THEREOF, FENDERS, FRONT AXLES, HUB CAPS, BODY SUPPORTING SPRINGS, SPRING LEAVES, STEERING KNUCKLES, STEERING KNUCKLE ARMS, KING PINS, STEERING SHAFT ARMS, AND WHEEL HUBS, IN CLASS 19 (INT. CL. 12).

FIRST USE 9-15-1933; IN COMMERCE 9-15-1933.

SER. NO. 71-347,975, FILED 2-28-1934.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 21, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered July 10, 1934

Trade-Mark 314,825

# UNITED STATES PATENT OFFICE

**General Motors Corporation, Detroit, Mich.**

**Act of February 20, 1905**

**Application February 28, 1934, Serial No. 347,976**



## STATEMENT

*To the Commissioner of Patents:*

General Motors Corporation, a corporation duly organized under the laws of the State of Delaware and having its office and principal place of business in the General Motors Building, West Grand Boulevard and Cass Avenue, Detroit, Michigan, has adopted and used the trade-mark shown on the accompanying drawing, and consisting in the letters "GM", for INTERNAL-COMBUSTION ENGINES AND REPAIR AND REPLACEMENT PARTS THEREOF—NAMELY, CAM SHAFTS, C O N N E C T I N G RODS, CRANK SHAFTS, CRANK SHAFT BEARINGS, DRIVING AXLE SHAFTS, DIFFERENTIAL DRIVING MECHANISM AND PARTS THEREOF, MANIFOLDS, FANS, FAN PULLEYS, FLYWHEELS, PISTONS, PISTON PINS, ROCKER ARMS, ROCKER SUPPORTS, WATER PUMPS AND PARTS THEREOF, VALVES, VALVE OPERATING TAPPETS, AND VALVE SPRINGS; CLUTCHES AND PARTS THEREOF—NAMELY, CLUTCH HOUSINGS, CLUTCH PLATES, CLUTCH PLATE HUBS, CLUTCH OPERATING L E V E R S, CLUTCH P E D A L S, CLUTCH OPERATING YOKES; GEARS; TRANSMISSION MECHANISM AND PARTS THEREOF; TRANSMISSION HOUSINGS, TRANSMISSION SHAFTS; AND UNIVERSAL JOINTS AND PARTS THEREOF, in Class No. 23, Cutlery, machinery, and tools, and parts thereof; and it presents here-

with five specimens showing the trade-mark as actually used by the applicant upon its goods, and requests that the same may be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade-mark has been continuously used and applied to its said goods by the applicant in connection with its business since September 15th, 1933.

The trade-mark is applied or affixed to the goods by forging, embossing, casting or stamping the same directly upon the goods, or by placing a printed label on which the trade-mark appears upon the goods or upon packages containing the same.

And the said General Motors Corporation does hereby appoint Blackmore, Spencer & Flint (a firm composed of Lloyd Blackmore, Louis M. Spencer and Ralph N. Flint), General Motors Building, Detroit, Michigan, registration No. 11183, its attorneys, to prosecute this application for registration, with full power of association, substitution and revocation, to make alterations and amendments therein, to receive the registration, and to transact all business in the Patent Office connected therewith.

GENERAL MOTORS CORPORATION,
By T. S. MERRILL,
*Secretary.*

Int. Cl.: 12

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 314,825

Registered July 10, 1934

Renewal Term Begins July 10, 1994

## TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION
(DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: INTERNAL-COMBUSTION EN-GINES AND REPAIR AND REPLACE-MENT PARTS THEREOF—NAMELY, CAM SHAFTS, CONNECTING RODS, CRANK SHAFTS, CRANK SHAFT BEARINGS, DRIVING AXLE SHAFTS, DIFFERENTIAL DRIVING MECHA-NISM AND PARTS THEREOF, MANI-FOLDS, FANS, FAN PULLEYS, FLY-WHEELS, PISTONS, PISTON PINS, ROCKER ARMS, ROCKER SUPPORTS, WATER PUMPS AND PARTS THEREOF, VALVES, VALVE OPERATING TAP-PETS, AND VALVE SPRINGS; CLUTCH-ES AND PARTS THEREOF—NAMELY, CLUTCH HOUSINGS, CLUTCH PLATES, CLUTCH PLATE HUBS, CLUTCH OPER-ATING LEVERS, CLUTCH PEDALS, CLUTCH OPERATING YOKES; GEARS; TRANSMISSION MECHANISM AND PARTS THEREOF; TRANSMISSION HOUSINGS, TRANSMISSION SHAFTS; AND UNIVERSAL JOINTS AND PARTS THEREOF, IN CLASS 23 (INT. CL. 12).

FIRST USE 9–15–1933; IN COMMERCE 9–15–1933.

SER. NO. 71–347,976, FILED 2–28–1934.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 3, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered July 10, 1934            **Trade-Mark 314,823**

# UNITED STATES PATENT OFFICE

### General Motors Corporation, Detroit, Mich.

#### Act of February 20, 1905

#### Application February 28, 1934, Serial No. 347,977



## STATEMENT

*To the Commissioner of Patents:*

General Motors Corporation, a corporation duly organized under the laws of the State of Delaware and having its office and principal place of business in the General Motors Building, West Grand Boulevard and Cass Avenue, Detroit, Michigan, has adopted and used the trade-mark shown on the accompanying drawing and consisting in the letters "GM" for BRAKE LININGS, BRAKE SHOE FACINGS, CLUTCH PLATE FACINGS, FAN BELTS, GASKETS, METALLIC TIRE COVERS, PISTON RINGS, AND RADIATOR CONNECTING HOSE, in Class No. 35, Belting, hose, machinery packing, and non-metallic tires; and it presents herewith five specimens showing the trade-mark as actually used by the applicant upon its goods, and requests that the same may be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade-mark has been continuously used and applied to its said goods by the applicant in connection with its business since September 15th, 1933.

The trade-mark is applied or affixed to the goods by printing or stamping the same directly upon the goods, or by placing a printed label upon which the trade-mark appears thereupon or upon packages containing the goods.

And the said General Motors Corporation does hereby appoints Blackmore, Spencer & Flint (a firm composed of Lloyd Blackmore, Louis M. Spencer and Ralph N. Flint), General Motors Building, Detroit, Michigan, registration No. 11183, its attorneys, to prosecute this application for registration, with full power of association, substitution and revocation, to make alterations and amendments therein, to receive the registration, and to transact all business in the Patent Office connected therewith.

GENERAL MOTORS CORPORATION,
By T. S. MERRILL,
*Secretary.*

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,474,088

## United States Patent and Trademark Office

Registered Jan. 26, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOBILES, MOTOR TRUCKS, TRUCK TRACTORS, BUSES, ENGINES THERE-FOR AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 9-30-1966; IN COMMERCE 9-30-1966.

OWNER OF U.S. REG. NOS. 271,167, 1,034,749 AND OTHERS.

SER. NO. 664,086, FILED 6-1-1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,575,170
Registered Jan. 2, 1990

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY, TOY VEHICLES, TOY CARS, TOY MODEL HOBBCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1–10–1987; IN COMMERCE 1–10–1987.
OWNER OF U.S. REG. NOS. 180,358, 1,065,021 AND OTHERS.

SER. NO. 73–693,298, FILED 11–2–1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cl.: 13

Reg. No. 1,685,062

## United States Patent and Trademark Office

Registered May 5, 1992

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL KEYS FOR LOCKS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 9-30-1966; IN COMMERCE 9-30-1966.

OWNER OF U.S. REG. NOS. 271,167, 1,575,170 AND OTHERS.

SER. NO. 74-169,635, FILED 5-24-1991.

BRIDGET A. GRIFFIN, EXAMINING ATTOR-NEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,596,433**

**Registered Sep. 2, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MOTOR VEHICLE DIAGNOSTIC COMPUTER AND PARTS THEREOF INCLUDING MEMORY CARDS; PLUG IN ELECTRONIC DEVICE FOR VEHICLE DIAGNOSTIC TESTING; ELECTRONIC DATA RECORDERS FOR USE WITH MOTOR VEHICLE COMPUTER SYSTEMS; COMPUTERS, COMPUTER MONITORS, PRINTERS, MODEMS, COMPUTER PROGRAMS FOR READING, DIAGNOSING AND ANALYZING VEHICLE PARTS AND VEHICLE SYSTEM OPERATIONS; VEHICLE BASED ELECTRONIC MODULES FOR TRANSMITTING DIAGNOSTIC INFORMATION AND VEHICLE OPERATIONAL STATUS; ELECTRONIC DEVICE TO READ ENGINE EMISSIONS; SOFTWARE FOR MOTOR VEHICLE DIAGNOSTIC APPARATUS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-1995; IN COMMERCE 3-31-1995.

OWNER OF U.S. REG. NOS. 1,714,390 AND 1,927,415.

THE MARK CONSISTS OF THE LETTERS "GM" IN A SQUARE WITH A LINE UNDERNEATH THE LETTERS.

SER. NO. 86-167,300, FILED 1-16-2014.

TASHIA BUNCH, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,471,518
Registered Jan. 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY,
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1-1-1983; IN COMMERCE
1-1-1983.
OWNER OF U.S. REG. NOS. 95,990, 648,147
AND OTHERS.

SER. NO. 662,725, FILED 5-26-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,661,627

Registered Oct. 22, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR LAND VEHICLES; NAMELY, AUTOMOBILES, PASSENGER VANS, CARGO VANS, SPORT UTILITY VEHICLES, PICK-UP TRUCKS, COMMERCIAL LAND VEHICLES; NAMELY, AUTOMOBILES, BUSES, TRUCKS, VANS, SPORT UTILITY VEHICLES, CHASSIS FOR THE FOREGOING AND ANY COMBINA-TION THEREOF AND STRUCTURAL PARTS THEREFOR, ENGINES THEREFOR, AND STRUCTURAL PARTS THEREOF; CABS AND CHASSIS FOR TRUCKS, MOTOR HOMES, AND RECREATIONAL VEHICLES; CHASSIS FOR VANS, IN CLASS 12 (U.S. CL. 19).

FIRST USE 7–22–1913; IN COMMERCE 7–22–1913.

OWNER OF U.S. REG. NOS. 95,398, 1,610,141 AND OTHERS.

SER. NO. 74–138,027, FILED 2–11–1991.

RICHARD A. STRASER, EXAMINING ATTOR-NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**Reg. No. 2,311,214**

## United States Patent and Trademark Office

Registered Jan. 25, 2000

### TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL LICENSE PLATES, IN CLASS 6
(U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 1-0-1981; IN COMMERCE
1-0-1981.

OWNER OF U.S. REG. NOS. 95,398, 1,540,884
AND OTHERS.

SER. NO. 75-572,654, FILED 10-15-1998.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,348,249**

Registered May 9, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

    FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 6-0-1996; IN COMMERCE 6-0-1996.
    OWNER OF U.S. REG. NOS. 95,398, 1,540,884 AND OTHERS.

    SER. NO. 75–572,664, FILED 10–15–1998.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 2,309,369

United States Patent and Trademark Office     Registered Jan. 18, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOTH BANNERS, CLOTH FLAGS
AND BED BLANKETS, IN CLASS 24 (U.S. CLS.
42 AND 50).

FIRST USE 11-0-1989; IN COMMERCE
11-0-1989.
OWNER OF U.S. REG. NOS. 95,398, 1,540,884
AND OTHERS.

SER. NO. 75-650,013, FILED 3-1-1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,563,091

## United States Patent and Trademark Office

Registered Apr. 23, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

    FOR: METAL MONEY CLIPS, METAL KNOBS,
NON-MECHANICAL METAL STREET SIGNS, NON-
MECHANICAL METAL PARKING SIGNS, NON-
MECHANICAL TIN SIGNS, METAL KEY RINGS,
METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2,
12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

    OWNER OF U.S. REG. NOS. 1,471,518, 2,348,249
AND OTHERS.

    SER. NO. 76-063,263, FILED 6-5-2000.

ASMAT KHAN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,522,861

Registered Dec. 25, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVROLET

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS TREE ORNAMENTS, COLLECTIBLE TOY CARS, DIE CAST VEHICLE MODELS, GOLF BAGS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, GOLF PUTTERS, GOLF TEES, PEDDLE CARS, COIN OPERATED PINBALL MACHINES, PLASTIC TOY VEHICLE MODEL HOBBYCRAFT KITS, PLAS-

TIC TOY MODEL KIT CARS, RADIO CONTROL-LED CARS, COIN OPERATED VIDEO GAMES AND HAND HELD UNITS FOR PLAYING VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-15-1990; IN COMMERCE 7-15-1990.

SER. NO. 78-063,832, FILED 5-16-2001.

MARIA-VICTORIA SUAREZ, EXAMINING ATTOR-NEY

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,494,385

## United States Patent and Trademark Office

Registered June 28, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVY

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY,
TOY VEHICLES, TOY CARS, TOY MODEL
BATTERY-OPERATED REMOTE AND RADIO-
CONTROLLED TOY VEHICLES, FRICTION

POWERED TOY VEHICLES AND HOBBY-
CRAFT KITS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 4–30–1977; IN COMMERCE
4–30–1977.
OWNER OF U.S. REG. NO. 1,471,518.

SER. NO. 696,750, FILED 11–23–1987.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

United States Patent and Trademark Office

Reg. No. 2,313,756

Registered Feb. 1, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CAMARO

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1–0–1981; IN COMMERCE 1–0–1981. OWNER OF U.S. REG. NOS. 830,956, 1,470,779, AND 1,713,603.

SER. NO. 75–570,958, FILED 10–15–1998.

SHANNA BLAUSTEIN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,308,986

## United States Patent and Trademark Office

Registered Jan. 18, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVY

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 4-0-1996; IN COMMERCE
4-0-1996.
OWNER OF U.S. REG. NOS. 95,398, 1,671,069
AND OTHERS.

SER. NO. 75-572,657, FILED 10-15-1998.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,356,823

## United States Patent and Trademark Office

Registered June 13, 2000

## TRADEMARK
## PRINCIPAL REGISTER

## CAMARO

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4–0–1996; IN COMMERCE 4–0–1996.

OWNER OF U.S. REG. NOS. 830,956, 1,470,779, AND 1,713,603.

SER. NO. 75–572,665, FILED 10–15–1998.

SHANNA BLAUSTEIN, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 2,357,128**

## United States Patent and Trademark Office

Registered June 13, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVY

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: PRESSURE SENSITIVE GRAPHICS FOR APPLICATION TO AUTOMOBILES AND AUTOMOBILE DEALERSHIP WINDOWS, DECALS, STICKERS, BUMPER STICKERS AND CALENDARS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4–0–1995; IN COMMERCE 4–0–1995.

OWNER OF U.S. REG. NOS. 95,398, 1,671,069 AND OTHERS.

SER. NO. 75–650,018, FILED 3–1–1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,654,526

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CAMARO

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS, MADE OF BONE, IVORY, PLASTER, PLAS-TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-ME-TAL LICENSE PLATES, MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PIL-LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-RAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

OWNER OF U.S. REG. NOS. 830,956, 2,313,756, AND 2,356,823.

SER. NO. 78-086,851, FILED 10-4-2001.

GINA HAYES, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,126,223**

Registered Aug. 8, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# CAMARO

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER, P.O. BOX 300
DETROIT, MI 482653000

FOR: AUTOMOBILE HOODS, AUTOMOBILE
BUMPERS, AUTOMOTIVE WINDSHIELD SHADE
SCREENS, DOOR PANELS FOR LAND VEHICLES,
FITTED COVERS FOR VEHICLES, VEHICLE SEAT
COVERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35
AND 44).

FIRST USE 5-0-1999; IN COMMERCE 5-0-1999.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,470,779, 2,313,756,
AND 2,356,823.

SER. NO. 78-661,484, FILED 6-30-2005.

KRISTIN DAHLING, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,628,953**

Registered May 26, 2009

## TRADEMARK
## PRINCIPAL REGISTER

# CAMARO

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, ENGINES THEREFOR AND STRUC-
TURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS.
19, 21, 23, 31, 35 AND 44).

FIRST USE 3-27-2009; IN COMMERCE 3-27-2009.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-951,500, FILED 8-14-2006.

ANGELA M. MICHELI, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# CAMARO

**Reg. No. 4,246,081**
**Registered Nov. 20, 2012**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 28**

FOR: TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1968; IN COMMERCE 1-1-1968.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,470,779 AND 3,628,953.

SER. NO. 85-629,052, FILED 5-18-2012.

KATHRYN COWARD, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,059,324

United States Patent and Trademark Office

Registered May 6, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## BEL AIR

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SCALE MODELS OF AUTOMOBILES,
IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12–0–1994; IN COMMERCE
12–0–1994.

SER. NO. 75–114,826, FILED 6–6–1996.

ELISSA GARBER KON, EXAMINING ATTOR-
NEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 2,866,966
Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## AVALANCHE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 48265

FOR: MOTOR LAND VEHICLES, NAMELY AU-
TOMOBILES, TRUCKS, SPORT UTILITY VEHI-
CLES, VANS, ENGINES THEREFOR AND
STRUCTURAL PARTS THEREOF EXCLUDING

RAILCARS OR PARTS THEREOF, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-0-2001; IN COMMERCE 5-0-2001.

SN 75-597,034, FILED 11-30-1998.

KAREN M. STRZYZ, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,311,794

## United States Patent and Trademark Office

Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## CHEVELLE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

    FOR: METAL LICENSE PLATES, IN CLASS 6
(U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
    FIRST USE 3-0-1989; IN COMMERCE
3-0-1989.

OWNER OF U.S. REG. NOS. 95,398, 1,540,884
AND OTHERS.

    SER. NO. 75-629,737, FILED 1-29-1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,561,229

## United States Patent and Trademark Office

Registered Apr. 16, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## BEL AIR

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL MONEY CLIPS, NON-LUMINOUS
AND NON-MECHANICAL METAL STREET SIGNS,
NON-LUMINOUS AND NON-MECHANICAL
PARKING SIGNS, NON-LUMINOUS AND NON-

MECHANICAL TIN SIGNS, METAL KEY RINGS,
AND METAL LICENSE PLATES, IN CLASS 6 (U.S.
CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

SER. NO. 76-063,262, FILED 6-5-2000.

ASMAT KHAN, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**Reg. No. 2,656,665**

United States Patent and Trademark Office

Registered Dec. 3, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## BLAZER

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS, MADE OF BONE, IVORY, PLASTER, PLAS-TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-ME-TAL LICENSE PLATES, MIRRORS, NON-METAL

MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PIL-LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-RAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

OWNER OF U.S. REG. NO. 1,490,089.

SER. NO. 78-086,863, FILED 10-4-2001.

GINA HAYES, EXAMINING ATTORNEY

**Int. Cls.: 6, 16, 21, 24 and 25**

**Prior U.S. Cls.: 2, 5, 12, 13, 14, 22, 23, 25, 29, 30, 33, 37, 38, 39, 40, 42 and 50**

**Reg. No. 3,185,665**

## United States Patent and Trademark Office

Registered Dec. 19, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# C6

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-11-2005; IN COMMERCE 1-11-2005.

FOR: PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-27-2005; IN COMMERCE 1-27-2005.

FOR: MUGS, BEVERAGE GLASSWARE, AND THERMAL-INSULATED CONTAINERS FOR FOOD OR BEVERAGES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-11-2005; IN COMMERCE 1-11-2005.

FOR: FLEECE BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 2-10-2005; IN COMMERCE 2-10-2005.

FOR: CLOTHING, NAMELY, JACKETS, SHIRTS, SWEATSHIRTS, AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-11-2005; IN COMMERCE 1-11-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-584,227, FILED 3-10-2005.

ALICE SUE CARRUTHERS, EXAMINING ATTOR-NEY



# United States of America
## United States Patent and Trademark Office

# BEL AIR

**Reg. No. 4,394,946**
**Registered Sep. 3, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,210, FILED 8-9-2012.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# CHEVELLE

**Reg. No. 4,431,312**  GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
**Registered Nov. 12, 2013**  DETROIT, MI 482653000

**Int. Cl.: 12**  FOR: EXTERIOR BADGES FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**  FIRST USE 11-1-1987; IN COMMERCE 11-1-1987.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,311,794.

SER. NO. 85-794,159, FILED 12-4-2012.

APRIL HESIK, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CHEVELLE

**Reg. No. 4,431,313**
**Registered Nov. 12, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, T-SHIRTS, HATS, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 12-16-1988; IN COMMERCE 12-16-1988.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,311,794.

SER. NO. 85-794,182, FILED 12-4-2012.

APRIL HESIK, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CHEVELLE

**Reg. No. 4,431,314**
**Registered Nov. 12, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 28**

FOR: TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,311,794.

SER. NO. 85-794,205, FILED 12-4-2012.

APRIL HESIK, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CHEVELLE

**Reg. No. 4,431,315**
**Registered Nov. 12, 2013**

**Int. Cl.: 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 11-1-1987; IN COMMERCE 11-1-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,311,794.

SER. NO. 85-794,217, FILED 12-4-2012.

APRIL HESIK, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CANYON

**Reg. No. 4,646,598**
**Registered Nov. 25, 2014**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: MOTOR LAND VEHICLES, NAMELY, TRUCKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 9-18-2014; IN COMMERCE 9-18-2014.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,814,146.

SN 86-163,953, FILED 1-13-2014.

SIMON TENG, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# BLAZER

**Reg. No. 5,751,576**

**Registered May 14, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks and vans

FIRST USE 12-31-2018; IN COMMERCE 12-31-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-815,229, FILED 11-10-2015



Director of the United States
Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cl.: 22

**Reg. No. 1,467,522**

# United States Patent and Trademark Office

Registered Dec. 1, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS, NAMELY;
TOY VEHICLES, TOY CARS, TOY MODEL
HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 2-1-1983; IN COMMERCE
2-1-1983.
OWNER OF U.S. REG. NOS. 579,485 AND
642,147.

SER. NO. 656,443, FILED 4-20-1987.

W. A. CONN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

United States Patent and Trademark Office

Reg. No. 1,494,171
Registered June 28, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: JEWELRY; NAMELY, QUARTZ
WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 7–27–1987; IN COMMERCE
7–27–1987.

SER. NO. 696,751, FILED 11–23–1987.

ROBERT PEVERADA, EXAMINING ATTOR-
NEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

## United States Patent and Trademark Office

Reg. No. 1,495,033
Registered July 5, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES; NAMELY, AUTO-MOBILES, ENGINES THEREFOR, AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19 AND 23).

FIRST USE 4–21–1983; IN COMMERCE 4–21–1983.

OWNER OF U.S. REG. NOS. 579,485, 648,147 AND OTHERS.

SER. NO. 696,752, FILED 11–23–1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,494,980
Registered July 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: EYEGLASSES, IN CLASS 9 (U.S. CL.
26).

FIRST USE 10–31–1984; IN COMMERCE
10–31–1984.

SER. NO. 697,950, FILED 11–27–1987.

ROBERT PEVERADA, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,311,215

Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER

# CORVETTE

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

    FOR: METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
    FIRST USE 1-0-1981; IN COMMERCE 1-0-1981.

OWNER OF U.S. REG. NOS. 1,494,171, 1,792,602 AND OTHERS.

SER. NO. 75-572,655, FILED 10-15-1998.

GIANCARLO CASTRO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,314,485**

## United States Patent and Trademark Office

Registered Feb. 1, 2000

### TRADEMARK
#### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4–0–1996; IN COMMERCE 4–0–1996.

OWNER OF U.S. REG. NOS. 1,494,171, 1,792,602 AND OTHERS.

SER. NO. 75–629,734, FILED 1–29–1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

United States Patent and Trademark Office

Reg. No. 2,463,898

Registered June 26, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CORVETTE

GENERAL MOTORS CORPORATION (DELA-
  WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

  FOR: METAL MONEY CLIPS, METAL GEAR
SHIFT KNOBS, NON-MECHANICAL METAL
STREET SIGNS, NON-MECHANICAL METAL
PARKING SIGNS, NON-MECHANICAL TIN SIGNS,
METAL KEY RINGS, METAL LICENSE PLATES, IN
CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

  OWNER OF U.S. REG. NOS. 2,311,215, 2,314,485
AND OTHERS.

  SER. NO. 76-063,278, FILED 6-5-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,854,854

Registered June 15, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## EQUINOX

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, SPORT UTILITY VEHICLES,
TRUCKS, VANS, ENGINES THEREFOR AND

STRUCTURAL PARTS THEREOF , IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-4-2004; IN COMMERCE 3-4-2004.

SN 78-004,731, FILED 4-19-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# HIGH COUNTRY

**Reg. No. 4,444,192**
**Registered Dec. 3, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS AND VANS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 10-23-2013; IN COMMERCE 10-23-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-283,826, FILED 4-1-2011.

LINDA LAVACHE, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# EL CAMINO

**Reg. No. 4,382,628**
**Registered Aug. 13, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: UPHOLSTERY FOR MOTOR LAND VEHICLES; EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF "EL CAMINO" IN THE MARK IS "THE ROAD".

SER. NO. 85-699,199, FILED 8-9-2012.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# COLORADO

**Reg. No. 4,646,599**  GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
**Registered Nov. 25, 2014**  DETROIT, MI 482653000

**Int. Cl.: 12**  FOR: MOTOR LAND VEHICLES, NAMELY, TRUCKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**  FIRST USE 9-16-2014; IN COMMERCE 9-16-2014.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,813,324.

SN 86-163,974, FILED 1-13-2014.

SIMON TENG, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# CRUZE PREMIER

**Reg. No. 5,643,759**

**Registered Jan. 01, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof

FIRST USE 2-1-2017; IN COMMERCE 2-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-605,922, FILED 04-22-2015



Director of the United States
Patent and Trademark Office

# United States Patent Office

**661,322**
Registered May 6, 1958

## PRINCIPAL REGISTER
### Trademark

Ser. No. 32,751, filed June 27, 1957

## IMPALA

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit 2, Mich.

For: AUTOMOBILES, in CLASS 19.
First use Jan. 18, 1956; in commerce Jan. 18, 1956.

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

Reg. No. 2,311,798

## United States Patent and Trademark Office

Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## IMPALA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL LICENSE PLATES, IN CLASS 6
(U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 7-0-1994; IN COMMERCE
7-0-1994.
OWNER OF U.S. REG. NO. 661,322.

SER. NO. 75-630,283, FILED 1-29-1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,669,222**

Registered Dec. 31, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## IMPALA

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS MADE OF BONE, IVORY, PLASTER PLAS-
TIC, WAX, CHINA, CRYSTAL, GLASS AND
PORCELAIN, NON-METAL KEY CHAINS, NON-
METAL KEY FOBS, NON-METAL KEY HOLDERS,
NON-METAL KEY RINGS, NON-METAL KEY
TAGS, NON-METAL LICENSE PLATES, MIRRORS,

NON-METAL MONEY CLIPS, PLASTIC NAME
BADGES, NON-METAL NAMEPLATES, PICTURE
FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS,
PLASTIC STORAGE BINS, SEAT CUSHIONS,
STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32
AND 50).

FIRST USE 9-1-1995; IN COMMERCE 9-1-1995.

SER. NO. 78-086,842, FILED 10-4-2001.

IRENE D. WILLIAMS, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# L88

**Reg. No. 4,275,878**
**Registered Jan. 15, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-692,067, FILED 8-1-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LT-1

**Reg. No. 4,382,776**
**Registered Aug. 13, 2013**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-729,266, FILED 9-14-2012.

ELIZABETH KAJUBI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# L88

**Reg. No. 4,275,949**

**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-729,319, FILED 9-14-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LT1

**Reg. No. 4,713,011**
**Registered Mar. 31, 2015**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 492653000

**Int. Cl.: 12**

FOR: ENGINES FOR AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS AND VANS,
IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 11-4-2014; IN COMMERCE 11-4-2014.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-892,473, FILED 4-2-2013.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent Office

Reg. No. 1,039,220
Registered May 11, 1976

## TRADEMARK
### Principal Register

## SILVERADO

General Motors Corporation (Delaware corporation)
3044 W. Grand Blvd.
Detroit, Mich. 48202

For: MOTOR VEHICLES—NAMELY, TRUCKS—
in CLASS 12 (U.S. CL. 19).
First use Sept. 27, 1974; in commerce Sept. 27, 1974.

Ser. No. 61,004, filed Aug. 21, 1975.

R. G. BUNIS, Examiner

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

## United States Patent and Trademark Office

Reg. No. 1,490,090
Registered May 31, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## SUBURBAN

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY,
TRUCKS, ENGINES THEREOF AND STRUC-

TURAL PARTS THEREFOR, IN CLASS 12 (U.S.
CLS. 19 AND 23).

FIRST USE 9-30-1948; IN COMMERCE
9-30-1948.

SER. NO. 688,837, FILED 10-9-1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,519,946

## United States Patent and Trademark Office
Registered Jan. 10, 1989

### TRADEMARK
#### PRINCIPAL REGISTER

## STINGRAY

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY,
TOY VEHICLES, TOY CARS, BATTERY-OPER-
ATED REMOTE AND RADIO-CONTROLLED
TOY VEHICLES, FRICTION-POWERED TOY

VEHICLES, AND TOY MODEL HOBBYCRAFT
KITS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 6-15-1987; IN COMMERCE
6-15-1987.
OWNER OF U.S. REG. NO. 1,467,522.

SER. NO. 707,406, FILED 1-25-1988.

JOHN P. RYNKIEWICZ, EXAMINING ATTOR-
NEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 50

**United States Patent and Trademark Office**

Reg. No. 1,750,042

Registered Feb. 2, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## STINGRAY

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: NAMEPLATES FOR MOTOR LAND
VEHICLES, IN CLASS 12 (U.S. CLS. 19 AND 50).

FIRST USE 9–30–1962; IN COMMERCE
9–30–1962.

SER. NO. 74–258,057, FILED 3–23–1992.

J. CHILDRESS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

United States Patent and Trademark Office

Reg. No. 1,880,529
Registered Feb. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## TAHOE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY
TRUCKS, ENGINES THEREFOR, AND STRUC-

TURAL PARTS THEREOF, IN CLASS 12 (U.S.
CLS. 19 AND 23).

FIRST USE 9–30–1981; IN COMMERCE
9–30–1981.

SER. NO. 74–512,191, FILED 4–11–1994.

ANDREW BAXLEY, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

## United States Patent and Trademark Office

Reg. No. 2,008,406
Registered Oct. 15, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## Z71

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MODIFIED OFF ROAD CHASSIS SOLD AS COMPONENTS OF TRUCKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-1-1987; IN COMMERCE 5-1-1987.

SER. NO. 75-014,921, FILED 11-3-1995.

CINDI GREENBAUM, EXAMINING ATTOR-NEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

## United States Patent and Trademark Office

Reg. No. 2,092,090

Registered Aug. 26, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## MALIBU

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR VEHICLES, NAMELY, AUTO-
MOBILES, ENGINES THEREFOR AND STRUC-
TURAL PARTS THEREOF, IN CLASS 12 (U.S.
CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11–14–1996; IN COMMERCE
11–14–1996.

SN 75–047,555, FILED 1–23–1996.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,308,988**

## United States Patent and Trademark Office

Registered Jan. 18, 2000

### TRADEMARK
### PRINCIPAL REGISTER

## Z71

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 3–0–1996; IN COMMERCE
3–0–1996.
OWNER OF U.S. REG. NOS. 1,599,494, 2,008,406
AND OTHERS.

SER. NO. 75–572,661, FILED 10–15–1998.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

## United States Patent and Trademark Office

Reg. No. 2,430,738

Registered Feb. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## MONTE CARLO

GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 3–0–1989; IN COMMERCE 3–0–1989.

SER. NO. 75–630,189, FILED 1–29–1999.

ASMAT KHAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,316,536

Registered Feb. 8, 2000

**TRADEMARK**
**PRINCIPAL REGISTER**

**Z/28**

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 4-0-1996; IN COMMERCE
4-0-1996.
OWNER OF U.S. REG. NOS. 1,470,779 AND
1,919,577.

SER. NO. 75-630,282, FILED 1-29-1999.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,652,035

Registered Nov. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## SUBURBAN

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS MADE OF BONE, IVORY, PLASTER, PLAS-
TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND
PORCELAIN, JEWELRY BOXES NOT OF METAL,
NON-METAL KEY CHAINS, NON-METAL KEY
FOBS, NON-METAL KEY HOLDERS, NON-METAL
KEY RINGS, NON-METAL KEY TAGS, NON-ME-
TAL LICENSE PLATES, MIRRORS, NON-METAL

MONEY CLIPS, PLASTIC NAME BADGES, NON-
METAL NAMEPLATES, PICTURE FRAMES, PIL-
LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-
RAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS
20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

OWNER OF U.S. REG. NO. 1,880,529.

SER. NO. 78-086,840, FILED 10-4-2001.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,652,036
Registered Nov. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TAHOE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS, MADE OF BONE, IVORY, PLASTER, PLAS-
TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND
PORCELAIN, JEWELRY BOXES NOT OF METAL,
NON-METAL KEY CHAINS, NON-METAL KEY
FOBS, NON-METAL KEY HOLDERS, NON-METAL
KEY RINGS, NON-METAL KEY TAGS, NON-ME-
TAL LICENSE PLATES, MIRRORS, NON-METAL

MONEY CLIPS, PLASTIC NAME BADGES, NON-
METAL NAMEPLATES, PICTURE FRAMES, PIL-
LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-
RAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS
20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-1-1995; IN COMMERCE 9-1-1995.

OWNER OF U.S. REG. NO. 1,880,529.

SER. NO. 78-086,843, FILED 10-4-2001.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,537,570**

Registered Nov. 25, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# TRAVERSE

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AU-
TOMOBILES, SPORT UTILITY VEHICLES,
TRUCKS, VANS, ENGINES THEREFOR AND
STRUCTURAL PARTS THEREOF , IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-13-2008; IN COMMERCE 9-13-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 77-031,062, FILED 10-27-2006.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,681,174

United States Patent and Trademark Office

Registered Jan. 28, 2003

TRADEMARK
PRINCIPAL REGISTER

MONTE CARLO

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC HOLDERS FOR BADGES,
BEDS, CHAIRS, NON-METAL CLAMPS, DESK OR-
NAMENTS MADE OF BONE, IVORY, PLASTER,
PLASTIC, WAX, WOOD, CHINA, CRYSTAL, GLASS
AND PORCELAIN, JEWELRY BOXES NOT OF
METAL, NON-METAL KEY CHAINS, NON-METAL
KEY FOBS, NON-METAL KEY HOLDERS, NON-
METAL KEY RINGS, NON-METAL KEY TAGS,
NON-METAL LICENSE PLATES, MIRRORS, NON-

METAL MONEY CLIPS, PLASTIC NAME BADGES,
NON-METAL NAMEPLATES, PICTURE FRAMES,
PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC
STORAGE BINS, SEAT CUSHIONS, STOOLS, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-1-1995; IN COMMERCE 9-1-1995.

OWNER OF U.S. REG. NOS. 1,040,089, 2,478,937
AND OTHERS.

SER. NO. 78-086,845, FILED 10-4-2001.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,654,527

**United States Patent and Trademark Office**   Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## Z71

GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNA-MENTS, MADE OF BONE, IVORY, PLASTER, WAX, WOOD, CHINA, CRYSTAL, GLASS AND PORCELAIN, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-ME-TAL LICENSE PLATES, MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PIL-LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-RAGE BINS, SEAT CUSHIONS STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-1-1995; IN COMMERCE 9-1-1995.

OWNER OF U.S. REG. NOS. 2,008,406 AND 2,308,988.

SER. NO. 78-086,852, FILED 10-4-2001.

GINA HAYES, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,663,321
Registered Dec. 17, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## MALIBU

GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS; DESK ORNA-
MENTS MADE OF BONE, IVORY, PLASTER, PLAS-
TIC, WAX, WOOD, CHINA, CRYSTAL, GLASS AND
PORCELAIN, JEWELRY BOXES NOT OF METAL;
NON-METAL KEY CHAINS, NON-METAL KEY
FOBS, NON-METAL KEY HOLDERS, NON-METAL
KEY RINGS, NONMETAL KEY TAGS, NON-ME-

TAL LICENSE PLATES, MIRRORS, NON-METAL
MONEY CLIPS, PLASTIC NAME BADGES, NON-
METAL NAMEPLATES; PICTURE FRAMES, PIL-
LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC
STORAGE BINS, SEAT CUSHIONS AND STOOLS,
IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 8-1-1997; IN COMMERCE 8-1-1997.

SER. NO. 78-086,872, FILED 10-4-2001.

HOWARD SMIGA, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# STINGRAY

**Reg. No. 4,436,811**
**Registered Nov. 19, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 9-19-2013; IN COMMERCE 9-19-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-041,072, FILED 5-18-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# ZL1

**Reg. No. 4,172,493**
GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
**Registered July 10, 2012** DETROIT, MI 482653000

**Int. Cl.: 12**
FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**
FIRST USE 3-29-2012; IN COMMERCE 3-29-2012.

**PRINCIPAL REGISTER**
THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-236,615, FILED 2-8-2011.

HOWARD SMIGA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ZL1

**Reg. No. 4,117,179**

**Registered Mar. 27, 2012**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 7**

FOR: AUTOMOTIVE ENGINE BLOCKS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

**TRADEMARK**

FIRST USE 1-1-1998; IN COMMERCE 1-1-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-237,470, FILED 2-9-2011.

HOWARD SMIGA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# TURBO-JET

**Reg. No. 4,275,896**
**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 12**

FOR: EXTERIOR AND INTERIOR BADGES FOR MOTOR LAND VEHICLES, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 10-21-1998; IN COMMERCE 10-21-1998.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,313, FILED 8-9-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# TURBO-JET

**Reg. No. 4,275,897**

**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-23-2000; IN COMMERCE 6-23-2000.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,368, FILED 8-9-2012.

HEATHER SAPP, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# TURBO-FIRE

**Reg. No. 4,275,899**

**Registered Jan. 15, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-23-2000; IN COMMERCE 6-23-2000.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,411, FILED 8-9-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ZR2

**Reg. No. 4,279,992**
**Registered Jan. 22, 2013**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 16**

FOR: DECALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-699,452, FILED 8-9-2012.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TRAX

**Reg. No. 4,704,309**
**Registered Mar. 17, 2015**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

GENERAL MOTORS LLC (DELAWARE LIMITED LIABILITY COMPANY)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: MOTOR LAND VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, TRUCKS, VANS, ENGINES THEREFOR AND STRUCTURAL PARTS THEREOF , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-24-2014; IN COMMERCE 11-24-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-847,549, FILED 2-12-2013.

CHRISTOPHER LAW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ZR2

**Reg. No. 5,566,056**

**Registered Sep. 18, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

General Motors LLC  (DELAWARE LIMITED LIABILITY COMPANY)
300 Renaissance Center
Detroit, MICHIGAN 482653000

CLASS 12: Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof

FIRST USE 5-31-2017; IN COMMERCE 5-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-386,591, FILED 09-05-2014



Director of the United States
Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,519,942

**United States Patent and Trademark Office** Registered Jan. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAY-THINGS; NAMELY, TOY VEHICLES, TOY CARS, BATTERY-OPER-ATED REMOTE AND RADIO-CONTROLLED TOY VEHICLES, FRICTION-POWERED TOY VEHICLES, AND TOY MODEL HOBBYCRAFT KITS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 11–8–1984; IN COMMERCE 11–8–1984.

OWNER OF U.S. REG. NOS. 95,398 AND 647,236.

SER. NO. 698,806, FILED 12–3–1987.

CORA ANN MOORHEAD, EXAMINING AT-TORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22 and 50

Reg. No. 1,540,658

**United States Patent and Trademark Office** Registered May 23, 1989

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: TOYS AND PLAYTHINGS; NAMELY, TOY VEHICLES, TOY CARS, BATTERY-OPER-ATED REMOTE AND RADIO-CONTROLLED TOY VEHICLES, FRICTION-POWERED TOY VEHICLES, AND TOY MODEL HOBBYCRAFT KITS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 6-25-1987; IN COMMERCE 6-25-1987.

OWNER OF U.S. REG. NOS. 95,990, 1,471,518 AND OTHERS.

SER. NO. 707,404, FILED 1-25-1988.

JOHN P. RYNKIEWICZ, EXAMINING ATTOR-NEY

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 1,530,792
Registered Mar. 21, 1989

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOCKS, IN CLASS 14 (U.S. CL. 27).
FIRST USE 1–2–1985; IN COMMERCE
1–2–1985.

OWNER OF U.S. REG. NOS. 95,398 AND
647,236.

SER. NO. 738,100, FILED 7–5–1988.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,661,628

## United States Patent and Trademark Office

Registered Oct. 22, 1991

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: MOTOR LAND VEHICLES; NAMELY, AUTOMOBILES, PASSENGER VANS, CARGO VANS, SPORT UTILITY VEHICLES, PICK-UP TRUCKS, COMMERCIAL LAND VEHICLES; NAMELY, AUTOMOBILES, BUSES, TRUCKS, VANS, SPORT UTILITY VEHICLES, CHASSIS FOR THE FOREGOING AND ANY COMBINA-TION THEREOF AND STRUCTURAL PARTS THEREFOR, ENGINES THEREFOR, AND STRUCTURAL PARTS THEREOF; CABS AND CHASSIS FOR TRUCKS, MOTOR HOMES, AND RECREATIONAL VEHICLES; CHASSIS FOR VANS, IN CLASS 12 (U.S. CL. 19).

FIRST USE 7–22–1913; IN COMMERCE 7–22–1913.

OWNER OF U.S. REG. NOS. 95,398, 647,236, AND 1,540,884.

SER. NO. 74–138,028, FILED 2–11–1991.

RICHARD A. STRASER, EXAMINING ATTOR-NEY

Int. Cls.: **8, 9, 14, 16, 18, 21 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 13, 21, 22, 23, 26, 27, 28, 29, 30, 33, 36, 37, 38, 39, 40, 41, 44 and 50**

Reg. No. 2,242,877

# United States Patent and Trademark Office

Registered May 4, 1999

## TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: POCKET KNIVES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).
FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.
FOR: PRE-RECORDED VIDEO CASSETTES FEATURING THE MAKING OF SPORTS CARS, SUNGLASSES, EYEGLASS CASES AND COMPUTER PERIPHERAL MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.
FOR: JEWELRY, NAMELY, TIE TACKS, LAPEL PINS, WATCHES AND CHARMS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.
FOR: DESK TOP ORGANIZERS, NOTE PADS, PLAYING CARDS, POSTERS, COIN HOLDERS, PENS AND PEN HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.

FOR: UMBRELLAS, LUGGAGE, GYM BAGS, LEATHER KEY FOBS, BRIEFCASE-TYPE PORTFOLIOS, ATTACHE CASES AND WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.
FOR: MUGS, PORTABLE COOLERS, COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN AND BEVERAGE GLASSWARE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).
FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.
FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 12-0-1996; IN COMMERCE 12-0-1996.
OWNER OF U.S. REG. NOS. 648,147, 2,086,434 AND OTHERS.

SER. NO. 75-501,279, FILED 6-12-1998.

CONRAD WONG, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,311,397**

Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 3-0-1995; IN COMMERCE
3-0-1995.
OWNER OF U.S. REG. NOS. 95,990, 1,540,884
AND OTHERS.

SER. NO. 75–591,370, FILED 11–8–1998.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,311,399**

## United States Patent and Trademark Office

Registered Jan. 25, 2000

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZ-
ERS, HATS, CLOTHING TIES, SWEAT SUITS,
PANTS AND SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 3-0-1995; IN COMMERCE
3-0-1995.
OWNER OF U.S. REG. NOS. 1,494,171, 1,792,602
AND OTHERS.

SER. NO. 75–591,372, FILED 11–18–1998.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,311,791

Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: METAL LICENSE PLATES, IN CLASS 6
(U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 12–0–1994; IN COMMERCE
12–0–1994.

OWNER OF U.S. REG. NOS. 95,990, 1,540,884
AND OTHERS.

SER. NO. 75–629,729, FILED 1–29–1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

Reg. No. 2,311,792

## United States Patent and Trademark Office

Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: SHIRTS, SWEATERS, JACKETS, BLAZERS, HATS, CLOTHING TIES, SWEAT SUITS, PANTS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1987; IN COMMERCE 5-0-1987.
OWNER OF U.S. REG. NOS. 95,990, 1,540,884 AND OTHERS.

SER. NO. 75-629,731, FILED 1-29-1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

**Reg. No. 2,311,918**

Registered Jan. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: CLOTH BANNERS, CLOTH FLAGS,
AND BED BLANKETS, IN CLASS 24 (U.S. CLS.
42 AND 50).

FIRST USE 11-0-1989; IN COMMERCE
11-0-1989.
OWNER OF U.S. REG. NOS. 95,990, 1,540,884
AND OTHERS.

SER. NO. 75-650,024, FILED 3-1-1999.

GIANCARLO CASTRO, EXAMINING ATTOR-
NEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,563,092
Registered Apr. 23, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL MONEY CLIPS, METAL KNOBS, NON-MECHANICAL METAL STREET SIGNS, NON-MECHANICAL METAL PARKING SIGNS, NON-MECHANICAL TIN SIGNS, METAL KEY RINGS, METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-0-1996; IN COMMERCE 10-0-1996.

OWNER OF U.S. REG. NOS. 1,471,518, 2,348,249 AND OTHERS.

SER. NO. 76-063,276, FILED 6-5-2000.

ASMAT KHAN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,550,170
Registered Mar. 19, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BALLOONS, BOARD GAMES, CHRISTMAS TREE ORNAMENTS, COLLECTIBLE TOY CARS, DIECAST VEHICLE MODELS, GOLF BAGS, GOLF BALL MARKERS, GOLF BALLS, GOLF CLUBS, GOLF PUTTERS, GOLF TEES, PEDDLE CARS, PIN-BALL MACHINES, PLASTIC VEHICLE KITS, PLAS-TIC VEHICLE MODELS, RADIO CONTROLLED CARS, COIN OPERATED VIDEO GAMES AND HAND HELD UNITS FOR PLAYING VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-15-1990; IN COMMERCE 7-15-1990.

OWNER OF U.S. REG. NOS. 1,661,628, 2,311,918 AND OTHERS.

SER. NO. 78-063,842, FILED 5-16-2001.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 2,538,436

Registered Feb. 12, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BEVERAGE GLASSWARE, BOTTLE OPEN-
ERS, CAN WRAPS, COASTERS, COMMEMORA-
TIVE PLATES, CONTAINERS FOR FOOD,
COOLERS, CORKSCREWS, CUPS, GLASS CANIS-
TERS, ICE SCRAPERS WITH BRUSHES, MUGS,
ORNAMENT REPLICAS OF VEHICLES MADE OF
GLASS, CRYSTAL AND CERAMIC, PORTABLE

CONTAINERS, SALT AND PEPPER SHAKERS, SER-
VICE TRAYS, SQUEEZE BOTTLES AND STEINS, IN
CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-1-1925; IN COMMERCE 12-1-1925.

SER. NO. 78-075,334, FILED 7-24-2001.

MARIA-VICTORIA SUAREZ, EXAMINING ATTOR-
NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

## United States Patent and Trademark Office

Reg. No. 2,562,025
Registered Apr. 16, 2002

### TRADEMARK
#### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BELT BUCKLES, CHARMS, CLOCKS, CO-INS, CUFF-LINKS, EARRINGS, INGOTS, LAPEL PINS, MONEY CLIPS, PENDANTS, RINGS, TIE CLIPS, TIE TACKS, WATCHES , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1950; IN COMMERCE 1-1-1950.

SER. NO. 78-075,441, FILED 7-24-2001.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,578,898**

## United States Patent and Trademark Office

Registered June 11, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: APRONS, BOOTS, GLOVES, HEADBANDS,
MOCCASINS, OVERALLS, RAINWEAR, ROBES,
SCARVES, SHOES, SLEEPWEAR, SLIPPERS, SOCKS,

SUNVISORS, SWEATERS, AND VESTS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 1-1-1985; IN COMMERCE 1-1-1985.

SER. NO. 78-086,835, FILED 10-4-2001.

SHARON MEIER, EXAMINING ATTORNEY

# UNITED STATES PATENT OFFICE.

### CHEVROLET MOTOR COMPANY, OF FLINT, MICHIGAN.

### TRADE-MARK FOR AUTOMOBILES, MOTOR-VEHICLES, AND PARTS THEREOF.

**95,398.**          **Registered Feb. 17, 1914.**

Application filed October 4, 1913. Serial No. 73,204.

#### STATEMENT.

*To all whom it may concern:*

Be it known that the CHEVROLET MOTOR COMPANY, a corporation organized on November 3, 1911, under the laws of the State of Michigan, and doing business at Flint, Michigan, has adopted and used the trademark shown in the accompanying drawing, for automobiles, motor-vehicles, and parts thereof, in Class 19, Vehicles, not including engines.

The trade-mark was adopted and has been used continuously in the business of said corporation since July 22, 1913.

The trade-mark is applied or affixed to the goods or to the packages containing the same, by placing thereon a metal plate on which the trade-mark is shown, or by painting the trade-mark thereon, or by stamping, or by applying thereto a label bearing the trade-mark, or by applying the trade-mark to the package, crate or box containing the goods in question.

CHEVROLET MOTOR COMPANY,
By WILLIAM C. DURANT,
*Vice-President.*



#### DECLARATION.

State of New York county of New York ss:

WILLIAM C. DURANT, being duly sworn, deposes and says that he is the vice-president of the corporation, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes said corporation is the owner of the trade-mark sought to be registered; that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use said trade-mark, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that said trade-mark is used by said corporation in commerce among the several States of the United States; that the description and drawing presented truly represent the trade-mark sought to be registered, and that the specimens show the trade-mark as actually used upon the goods.

WILLIAM C. DURANT.

Subscribed and sworn to before me this 29th day of September 1913.

[L. S.]    JOHN J. RANAGAN,
*Notary Public, No. 6, New York County, N. Y.*

---

Copies of this trade-mark may be obtained for five cents each, by addressing the "Commissioner of Patents, Washington, D. C."

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 579,485

**United States Patent and Trademark Office**

Registered Sep. 1, 1953

10 Year Renewal

Renewal Term Begins Sep. 1, 1993

## TRADEMARK
## PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION
 (DELAWARE CORPORATION)
3044 WEST GRAND BOULEVARD
DETROIT, MI 48202

FOR: AUTOMOBILES , IN CLASS 19 (INT. CL. 12).

FIRST USE 1–9–1953; IN COMMERCE 1–9–1953.

SER. NO. 71–644,297, FILED 3–27–1953.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 7, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,779,456

Registered Nov. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: METAL BANKS, METAL DECORATIVE BOXES, INGOTS OF COMMON METAL, METAL KEY CHAINS, METAL KEY FOBS, METAL KEY RINGS, METAL KEYS, LICENSE PLATES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, MONEY CLIPS MADE OF METAL, ORNAMENTAL REPLICAS OF VEHICLES MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL PARKING SIGNS MADE OF METAL, NON-LUMINOUS AND NON-MECHANICAL STREET SIGNS MADE OF METAL, METAL TOOL BOXES, AND WALL MOUNTED AND FREE-STANDING METAL TOOL RACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-1939; IN COMMERCE 12-1-1939.

OWNER OF U.S. REG. NO. 2,314,486 AND OTH-ERS.

SER. NO. 78-063,914, FILED 5-16-2001.

JENNIFER MARTIN, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**Reg. No. 2,736,654**

## United States Patent and Trademark Office

Registered July 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: BADGE HOLDERS MADE OF PLASTIC,
BEDS, CHAIRS, NON-METAL CLAMPS, DESK OR-
NAMENTS MADE OF BONE, IVORY, PLASTER,
PLASTIC, WAX AND WOOD, NON-METAL JEW-
ELRY BOXES, NON-METAL KEY CHAINS, NON-
METAL KEY FOBS, NON-METAL KEY HOLDERS,
NON-METAL KEY RINGS, NON-METAL KEY
TAGS, NON-METAL LICENSE PLATES, MIRRORS,
NON-METAL MONEY CLIPS, NAME BADGES

MADE OF PLASTIC, NAME PLATES MADE OF
PLASTIC, PICTURE FRAMES, PILLOWS, PLAQUES,
PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT
CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22,
25, 32 AND 50).

FIRST USE 12-1-1939; IN COMMERCE 12-1-1939.

OWNER OF U.S. REG. NOS. 647,236, 2,311,916 AND
OTHERS.

SER. NO. 78-073,061, FILED 7-10-2001.

ELISSA GARBER KON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,631,880
Registered Oct. 8, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

   FOR: ALMANACS; AUTOMOTIVE BOOKS; PA-
PER OR PLASTIC BAGS FOR MERCHANDISE;
BANK CHECKS; BUMPER STICKERS; DESKTOP
BUSINESS CARD HOLDERS; BUSINESS CARDS;
CALENDARS; CHECKBOOK COVERS; CHIL-
DREN'S ACTIVITY BOOKS; COOKBOOKS; DEC-
ALS; GIFT WRAPPING PAPER; GREETING CARDS;
LETTER OPENERS; MARKERS; NOTE PAD HOLD-
ERS; NOTE PADS; PAPER BANNERS; PAPER
COASTERS; PAPER FLAGS; PAPER NAPKINS; PA-
PERWEIGHTS; PEN AND PENCIL HOLDERS; PEN-
CILS; PENS; PHOTO ALBUMS; PICTURES;

PLAYING CARDS; POCKET SECRETARIES; POST-
CARDS; POSTERS; PARTIALLY PRINTED LABELS
NOT OF TEXTILES; LITHOGRAPHIC PRINTS; STA-
TIONERY FOLDERS; TRADING AND COLLECTOR
CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

   FIRST USE 8-15-1991; IN COMMERCE 8-15-1991.

   OWNER OF U.S. REG. NOS. 2,008,518, 2,086,434,
AND 2,232,346.

   SER. NO. 78-075,535, FILED 7-25-2001.

LANA PHAM, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,734,714
Registered July 8, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: BINOCULARS; CALCULATORS; PHOTO-GRAPHIC CAMERAS; DIRECTIONAL COMPASSES; COMPUTER MOUSE PADS; COMPUTER MOUSES; COMPUTER GAME SOFTWARE FOR USE IN ARCADE GAMES, HAND HELD ELECTRONIC GAMES AND VIDEO GAMES; COMPUTER SCREEN SAVER SOFTWARE; ELECTRIC SIGNS; EYEGLASS CASES; EYEGLASSES; COMPUTER AND VIDEO GAME CARTRIDGES; VIDEO GAME INTERACTIVE HAND HELD REMOTE CONTROLS FOR PLAYING ELECTRONICS GAMES; HAND HELD JOY STICK UNITS FOR PLAYING VIDEO GAMES; GRADUATED RULERS; INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER SOFTWARE AND HARD-WARE; DECORATIVE MAGNETS; MAGNIFYING GLASSES; NEON SIGNS; PRERECORDED VIDEO-TAPES FEATURING INFORMATION ON AUTO-MOBILES; RADIO ANTENNAS; RADIOS; SUNGLASSES; TAPE MEASURES; TELEPHONES; THERMOMETERS NOT FOR MEDICAL USE; TIRE PRESSURE GAUGES; VIDEO REWINDERS; YARD STICKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 2,311,916, 2,314,486, AND 2,346,905.

SEC. 2(F).

SER. NO. 78-086,496, FILED 10-2-2001.

JOHN GARTNER, EXAMINING ATTORNEY

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,654,528**
Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
 WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS, MADE OF BONE, IVORY, PLASTER,
WAX, WOOD, CHINA, CRYSTAL, GLASS AND
PORCELAIN, JEWELRY BOXES NOT OF METAL,
NON-METAL KEY CHAINS, NON-METAL KEY
FOBS, NON-METAL KEY HOLDERS, NON-METAL
KEY RINGS, NON-METAL KEY TAGS, NON-ME-
TAL LICENSE PLATES, MIRRORS, NON-METAL
MONEY CLIPS, PLASTIC NAME BADGES, NON-
METAL NAMEPLATES, PICTURE FRAMES, PIL-
LOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STO-
RAGE BINS, SEAT CUSHIONS STOOLS, IN CLASS
20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

SER. NO. 78-086,868, FILED 10-4-2001.

GINA HAYES, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,750,257

Registered Aug. 12, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-
WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: PLASTIC BADGE HOLDERS, BEDS,
CHAIRS, NON-METAL CLAMPS, DESK ORNA-
MENTS MADE OF PLASTIC, AND WOOD, JEW-
ELRY BOXES NOT OF METAL, NON-METAL KEY
CHAINS, NON-METAL KEY FOBS, NON-METAL
KEY HOLDERS, NON-METAL KEY RINGS, NON-
METAL KEY TAGS, NON-METAL NOVELTY LI-
CENSE PLATES, MIRRORS, NON-METAL MONEY
CLIPS, PLASTIC NAME BADGES, NON-METAL

NAMEPLATES, PICTURE FRAMES, PILLOWS, PLA-
QUES, PLASTIC FLAGS, PLASTIC STORAGE BINS,
SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2,
13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

OWNER OF U.S. REG. NO. 648,147.

SER. NO. 78-091,733, FILED 11-5-2001.

PRISCILLA MILTON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,089**
Registered Jan. 19, 2010

**Int. Cl.: 9**

**TRADEMARK**
**PRINCIPAL REGISTER**

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: SUNGLASSES, SUNGLASS CASES, COMPUTER MOUSE, LAPTOP CARRYING CASES, CD CASES, NEON SIGNS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-702,950, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,090**
Registered Jan. 19, 2010

**Int. Cl.: 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: FITTED DASHBOARD COVERS FOR VEHICLES, VEHICLE TIRE VALVE STEM CAPS, FITTED COVERS FOR VEHICLES, LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-702,973, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,092** GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
Registered Jan. 19, 2010 300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 18** FOR: WALLETS, DUFFLE BAGS, BACKPACKS, UMBRELLAS, TRUNKS, IN CLASS 18
(U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK** FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.
**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A
CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN
AND A FLEUR-DE-LIS.

SER. NO. 77-703,052, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,093**    GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
Registered Jan. 19, 2010    300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 20**    FOR: STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

**TRADEMARK**
**PRINCIPAL REGISTER**    OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A
CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN
AND A FLEUR-DE-LIS.

SER. NO. 77-703,079, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,094**  GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
Registered Jan. 19, 2010  300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 21**  FOR: BEVERAGE GLASSWARE, MUGS, TRAVEL INSULATED BEVERAGE CONTAINERS,
IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

**TRADEMARK**  FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.
**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A
CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN
AND A FLEUR-DE-LIS.

SER. NO. 77-703,107, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,096**
Registered Jan. 19, 2010

**Int. Cl.: 25**

**TRADEMARK
PRINCIPAL REGISTER**

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: CLOTHING, NAMELY, T-SHIRTS, HATS, JACKETS, SHIRTS, SWEATSHIRTS, COATS, BANDANAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-703,197, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,739,097**
Registered Jan. 19, 2010

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

**Int. Cl.: 27**

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

**TRADEMARK
PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-703,215, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,739,098**
Registered Jan. 19, 2010

**Int. Cl.: 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

GENERAL MOTORS COMPANY (DELAWARE CORPORATION)
300 RENAISSANCE CENTER
DETROIT, MI 482653000

FOR: TOY VEHICLES, GOLF BALLS, GOLF PUTTERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

OWNER OF U.S. REG. NOS. 2,232,346, 2,242,877, AND 2,911,818.

THE MARK CONSISTS OF TWO FLAGS CONNECTED AT THE BASE, ONE FLAG IS A CHECKERED FLAG AND THE OTHER IS A SHADED FLAG WITH A BOWTIE DESIGN AND A FLEUR-DE-LIS.

SER. NO. 77-703,234, FILED 3-31-2009.

NELSON SNYDER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,683,719**

Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC BADGE HOLDERS, BEDS, CHAIRS, NON-METAL CLAMPS, DESK ORNAMENTS, NAMELY ORNAMENTS OF PLASTIC OR WOOD, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, HAND-HELD MIRRORS, FURNITURE MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAMEPLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 8-1-1997; IN COMMERCE 8-1-1997.

OWNER OF U.S. REG. NOS. 2,232,346 AND 2,242,877.

SER. NO. 78-091,740, FILED 11-5-2001.

GRETTA YAO, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,678,153

Registered Jan. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GENERAL MOTORS CORPORATION (DELA-WARE CORPORATION)
300 RENAISSANCE CENTER P.O. BOX 300
DETROIT, MI 482653000

FOR: CLEAR PLASTIC HOLDERS FOR BADGES, BEDS, CHAIRS, CLAMPS, DESK ORNAMENTS, JEWELRY BOXES NOT OF METAL, NON-METAL KEY CHAINS, NON-METAL KEY FOBS, NON-METAL KEY HOLDERS, NON-METAL KEY RINGS, NON-METAL KEY TAGS, NON-METAL LICENSE PLATES, MIRRORS, NON-METAL MONEY CLIPS, PLASTIC NAME BADGES, NON-METAL NAME PLATES, PICTURE FRAMES, PILLOWS, PLAQUES, PLASTIC FLAGS, PLASTIC STORAGE BINS, SEAT CUSHIONS, STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-1-1986; IN COMMERCE 10-1-1986.

OWNER OF U.S. REG. NOS. 1,519,942, 2,314,490 AND OTHERS.

THE STIPPLING IS A FEATURE OF THE MARK.

SER. NO. 78-092,328, FILED 11-8-2001.

FLORENTINA BLANDU, EXAMINING ATTORNEY